AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| DC PRESERVATION LEAGUE et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00981 |
| BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plantiffs                                                                                          .

Date:     03/25/2026

/s/ Abbe David Lowell
*Attorney's signature*

Abbe David Lowell, Bar No. 358651
*Printed name and bar number*

LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005

*Address*

alowellpublicoutreach@lowellandassociates.com
*E-mail address*

(202) 964-6110
*Telephone number*

(202) 964-6116
*FAX number*