# EXHIBIT 2

# History

***"In Washington there should be a Center of culture... an artistic mecca"***

**— PRESIDENT DWIGHT D. EISENHOWER**

An American Pageant for the Arts, November 29, 1962

In 1955, recognizing America's need to take its place on the world's cultural stage, President Dwight D. Eisenhower established a commission for a new public auditorium in the nation's capital. Three years later, he signed the National Cultural Center Act (Pub. L. No. 85-874). In signing this act, President Eisenhower confirmed the inherent value of the arts to all Americans, and created what would ultimately become the John F. Kennedy Center for the Performing Arts—a true 'artistic mecca,' and one of the world's most respected organizations.




This medallion to commemorate the signing of the National Cultural Center Act was unveiled on the Box Tier of the Eisenhower Theater on May 15, 2023

The National Cultural Center Act included four basic components: it authorized the Center′s construction, spelled out an artistic mandate to present a wide variety of both classical and contemporary performances, specified an educational mission for the Center, and stated that the Center was to be an independent facility, self-sustaining, and privately funded. These same principles still guide the Center’s work today.

A lifelong supporter and advocate of the arts, President John F. Kennedy frequently steered the public discourse toward what he called ″our contribution to the human spirit.″ Kennedy took the lead in raising funds for the new National

Cultural Center, kicking off a $30 million fundraising campaign in November of 1962, holding special White House luncheons and receptions, appointing his wife Jacqueline and Mrs. Eisenhower as honorary co-chairwomen, and in other ways placing the prestige of his office firmly behind the endeavor.

# Read President Kennedy's reflections on the arts and civic life

President Kennedy also attracted to the project the man who would become the Center's guiding light for nearly three decades. By the time Kennedy appointed him as chairman of the Center in 1961, Roger L. Stevens had already achieved spectacular success in real estate, politics, fundraising, and the arts. Over the next 30 years, Stevens would oversee the Center's construction, then would shepherd it to prominence as a crucible for the best in music, dance, and theater.

Two months after President Kennedy's assassination in November 1963, Congress passed and President Johnson signed into law legislation renaming the National Cultural Center (designed by Edward Durell Stone) as a "living memorial" to Kennedy (P.L. 88-260). The Law authorized $23 million to help build what was now known as the John F. Kennedy Center for the Performing Arts. Fundraising continued at a swift pace—with much help coming from the Friends of the Kennedy Center volunteers, who fanned out across the nation to attract private support—and nations around the world began donating funds, building materials,

and artworks to assist in the project's completion. In December 1964, President Lyndon Johnson turned the first shovelful of earth at the Center's construction site, using the same gold-plated spade that had been used in the groundbreaking ceremonies for both the Lincoln Memorial in 1914 and the Jefferson Memorial in 1938.

From its very beginnings, the Kennedy Center has represented a unique public/private partnership. As the nation's living memorial to President Kennedy, the Center receives federal funding each year to pay for capital repairs and maintenance of the buildings and grounds, a federal facility. However, the Center's artistic programs, education initiatives, and most administrative functions are paid for almost entirely through ticket sales and gifts from individuals, corporations, and private foundations.

The Center made its public debut on September 8, 1971, with a gala opening performance featuring the world premiere of a Requiem mass honoring President Kennedy, a work commissioned from the legendary composer and conductor Leonard Bernstein.

## **Opening Night Program for Mass** (**Slideshow**)

Published in the inaugural program, September 8, 1971

# MASS

The audience is invited to participate as
a congregation wherever it is so indicated

I DEVOTIONS BEFORE MASS
1. Antiphon: *Kyrie Eleison*
2. Hymn: "A Simple Song"
3. Psalm: "A New Song"
4. Responsory: *Alleluia*

II FIRST INTROIT: Rondo
1. Prefatory Prayers (*Kyrie, Asperges, Introibo*, etc.)
2. Thrice-triple Canon: *Dominus Vobiscum*

III SECOND INTROIT
1. *In Nomine Patris*
2. Prayer for the Congregation (Chorale: "Almighty Father")
3. Epiphany

IV CONFESSION
1. *Confiteor*
2. Strophe: "I Don't Know"
3. Strophe: "Easy"

V MEDITATION #1

VI GLORIA
1. *Gloria Tibi*
2. *Gloria in Excelsis*
3. Strophe: "Half of the People"
4. Strophe: "Thank You"

VII MEDITATION #2

VIII EPISTLE: "The Word of the Lord"

IX GOSPEL-SERMON: "God Said"

X CREDO
1. *Credo in Unum Deum . . .*
2. Strophe: "Non Credo"
3. Strophe: "Hurry"
4. Strophe: "World Without End"
5. Strophe: "I Believe in God"

XI MEDITATION #3. *De Profundis*, part 1

XII OFFERTORY: *De Profundis*, part 2

XIII THE LORD'S PRAYER
1. Our Father . . .
2. Strophe: "I Go On"

XIV SANCTUS

XV AGNUS DEI

XVI FRACTION: "Things Get Broken"

XVII PAX: COMMUNION

C

SOLOISTS IN ORDER OF APPEARANCE

The role of the Celebrant is sung by ALAN TITUS and on matinee performances by WALTER WILLISON

| | Evenings and Sept. 16 Matinee | Matinees |
|---|---|---|
| "A Simple Song" | CELEBRANT | |
| "I Don't Know" | WALTER WILLISON<br>RONALD YOUNG<br>ED DIXON | RONALD YOUNG<br>ED DIXON |
| (Descant)<br>"Easy" | CARL HALL<br>EUGENE EDWARDS<br>MARION RAMSEY<br>LOUIS ST. LOUIS | CARL HALL<br>EUGENE EDWARDS<br>JUDY GIBSON<br>TOM ELLIS |
| "Gloria Tibi" | CELEBRANT | |
| "Thank You" | LEE HOOPER | NEVA SMALL |
| "The Word of the Lord" | CELEBRANT | |
| "God Said"<br>Leader<br>Members of the Congregation | LARRY MARSHALL<br>BENJAMIN RAYSON<br>JUDY GIBSON<br>JOHN D. ANTHONY<br>RONALD YOUNG<br>CAROLE PRANDIS<br>DAVID CRYER | |
| "Non Credo"<br>"Hurry"<br>"World Without End"<br>"I Believe in God" | GINA PENN<br>MARY BRACKEN PHILLIPS<br>TOM ELLIS | BARBARA WILLIAMS<br>JOY FRANZ<br>LOUIS ST. LOUIS |
| "Our Father"<br>"I Go On" | CELEBRANT | |
| "Things Get Broken" | CELEBRANT | |
| "Secret Songs" | JONATHAN VICTOR GRAM<br>JOHN D. ANTHONY<br>MARGARET COWIE<br>RONALD YOUNG<br>GINA PENN<br>DAVID CRYER | |

*Acolytes: Judith Jamison, Ramon Segarra, Clive Thompson, Sylvia Waters Kenneth Pearl, Lee Harper, Estelle Spurlock*

## A Note from the Composer

Although it is not common practice to thank one's colleagues publicly at the première performances of a new work, I cannot resist doing so in the case of MASS, where they have all worked with a selflessness and dedication I have rarely witnessed. I have in mind (besides those already named in the program-book) Messrs. Hershy Kay and Jonathan Tunick, who have both been wondrously generous with their talents and their time in assisting me with the execution of the orchestrations. Similarly, Arnold Arnstein and his staff, who have wrought miracles in the area of music-copying for this particularly complex production.

And my especial gratitude to one who has been a colleague in the deepest sense, though not officially: my sister Shirley, who, in a moment of crisis, turned the tide by implementing her belief in the work with swift and sturdy action.

As to any further program-note of an analytical nature, I hope that none is necessary, since the intention of MASS is to communicate as directly and universally as I can a reaffirmation of faith.

Leonard Bernstein
8 September 1971

2/4 Page 2 includes order of the Mass and titles of sections.

3/4 Page 3 includes a note from the composer and names of noted soloists and performers.

## Cast

### Singers

John D. Anthony, Margaret Cowie, David Cryer, Ed Dixon, Eugene Edwards, Tom Ellis, Joy Franz, Judy Gibson, Carl Hall, Lee Hooper, Larry Marshall, Gina Penn, Mary Bracken Phillips, Carole Prandis, Benjamin Rayson, Marion Ramsey, Neva Small, Louis St. Louis, Alan Titus, Barbara Williams, Walter Willison, Ronald Young.

### Dancers

Consuelo Atlas, Ronald Dunham, Lee Harper, Judy Jamison, Mari Kajiwara, Linda Kent, Rosamond Lynn, Hector Mercato, John Parks, Kenneth Pearl, Gail Reese, Freddy Romero, Kelvin Rotardier, Leland Schwantes, Ramon Segarra, Estelle Spurlock, Clive Thompson, Sylvia Waters, Dudley Williams, Morton Winston. CHILDREN: Judith Gee, Mark Peress, Vincent Wineglass.

### Choir

Amy Antonelli, Leslie Bennett, Barbara Boller, Catherine Bounds, Patricia Boyd, Bruce Braskett, Juanita Brown, Barrington Butts, William Cameron, Richard Dirksen, Robert Dorsey, Robert Ergenbright, Naomi Frenkel, Arphelius Paul Gatling, Patricia George, Carol Gericke, Herman Goodalle, Suzanne Grant, Norman Henderson, Susan Hoagland, Matthew Holsen, Michael Hume, Wilmer Hunt, Ellen Isler, Norman Johns, Vicki Johnstone, Wayne Jones, William Jones, Mary Kennedy, Dorothy Krikorian, John Madden, Raina Mann, Doris McLaughlin, Joy McLean, Anne Miller, Ann O'Dell, Mary Beth Parrotta, Thomas Pratt, Carolyn Raffa, Martha Randall, Katherine Ray, Albert Rhodes, Robert Rooks, Ronald Roxbury, Yvonne Sabine, Walter Scarvie, Thomas Schwab, Shirley Scribner, Wayne Shirley, Jay Silberg, Gloria Singleton, Elizabeth Squares, Robert Stevenson, Myra Tate, Robert Tolson, Harry Torno, Michael Tronzo, Lillie Walker, Robert Whitney, Sandy Willetts.

### Boy Choir

*David Charles Abell, Ronald Todd Bardach, *Arthur D. Berg, Jr., Christopher Alfred Cole, Rochel Garner Coleman III, James Duffield Cutter, John F. Delorey, Jr., Mark Christopher Dirksen, Thomas Andrew Ettinghausen, Jonathan Victor Gram, Thomas Schofield Hotchkiss, Richard Francis Longley, Spencer Mason II, Joseph McIntyre, Richard John Michael, Edward Daniel Morris IV, Peter Francis Mulrean, Mark Christopher Nemeskal, Robert Cowles Pierce, Robert Mackintosh Rough, Richard Banks Swan, Eric Lee Williams, William Bradford Wright.
*Alternates

### Stage Musicians

**Bass**—Mike Willins; **Bass Guitar**—Juan Ramirez; **Guitars**—Scott Kuney, James Mitchell; **Harp**—Faith Carmin; **Horns**—Carl Bianchi, Sharon Moe, Samuel Ramsey, Carolyn Tate; **Trombones**—William Reichenbach, John Swallow, Stuart Taylor; **Trumpets**—Peter Chapman, Emerson Head, Charles Lewis, Rolf Smedvig; **Tuba**—Sam Pilafian; **Bassoons**—Vince Ellin, Donald MacCourt; **Clarinets**—Phil Bashor, Merlin Petroff, Al Regnie; **Flutes**—Claudia Anderson, Thomas Kay; **Oboes**—Peter Bowman, David Busch; **Drums**—Rick Cutler, Henry Jaramillo; **Keyboard**—Linda Breeden, Thomas Pierson.

*

Pre-recorded tape interludes produced by Columbia Records, with the following soloists:

ANTIPHON

Betty Allen, Karen Altman, Dominic Cossa, Raymond deVoll

RESPONSORY

Adrienne Albert, Maeretha Stewart, June Magruder, Charles Magruder, John Manno, William Elliot

SECOND INTROIT

Leonard Arner (oboe)

Leonard Bernstein's MASS will be available shortly on Columbia Records

## Staff for MASS

General Press Representative..........Michael Sean O'Shea
Associate Press Representative..................Leo Stern
Production Stage Manager .............Norman A. Grogan
Stage Managers..Tom A. Larson, Ronald Schaeffer, Dan Broun
Production Carpenter.........................Fred Gallo
Production Sound Engineer....................Jack Mann
Production Electrician.......................Paul Callan
Production Property Master ................Frank Snyder
Wardrobe Master...........................Elonzo Dann
Assistant to Mr. Ailey.......................Thelma Hill
Assistant to Mr. Smith......................David Guthrie
Assistants to Mr. Hemsley.......William Burd, Louis Rackoff
Assistant to Mrs. Shumlin.....................Ed Williams
Assistant to Mr. Thompson..................Connie Wexler
Assistant Conductor........................Thomas Pierson
Concertmaster ..........................Daniel Kobialka
Assistant Musical Director.................Richard Leonard
Assistant to Mr. Bernstein.................Thomas Cothran
Musical Contractors..........Herbert Harris, Joseph Willens
Rehearsal Pianist..........................Martha Johnson
Production Assistant.........................Ross Skelton

## Credits

Scenery built by Nolan Studios. Costumes executed by Eaves Costume Company. Lighting Equipment from Four Star. Sound Equipment from TheatreSound. Special Effects and Percussion Instruments from Carroll Music Instruments. Electronic Keyboard Instruments from RMI, Inc. (a subsidiary of Allen Organ Company). Pianos by Baldwin Piano Co. Allen Organ loaned by Heritage Baptist Church, Annapolis, Md.

E

The John F. Kennedy Center
for the Performing Arts

PRESENTS

The World-Première Performance on
Wednesday Evening, September 8, 1971, at 7:30

of

LEONARD BERNSTEIN'S

# MASS

A Theatre Piece For Singers, Players and Dancers

TEXTS FROM THE ROMAN LITURGY AND BY THE COMPOSER
Additional Texts by STEPHEN SCHWARTZ
Choreography by ALVIN AILEY
Settings by OLIVER SMITH Costumes by FRANK THOMPSON Lighting by GILBERT HEMSLEY, JR.
Musical Director MAURICE PERESS
with
THE NORMAN SCRIBNER CHOIR THE BERKSHIRE BOYS' CHOIR
THE ALVIN AILEY AMERICAN DANCE THEATRE
Production Coordinator DIANA SHUMLIN
Directed by GORDON DAVIDSON
Produced by ROGER L. STEVENS Associate Producer SCHUYLER G. CHAPIN

A

4/4 Page 4 includes full listing of cast, staff, as well as external credits.

1/4 Page 1 includes title, logo, date, basic credits.



MASS

The audience is invited to participate as a congregation wherever it is so indicated

I DEVOTIONS BEFORE MASS
1. Antiphon: *Kyrie Eleison*
2. Hymn: "A Simple Song"
3. Psalm: "A New Song"
4. Responsory: *Alleluia*

II FIRST INTROIT: Rondo
1. Prefatory Prayers (*Kyrie, Asperges, Introibo*, etc.)
2. Thrice-triple Canon: *Dominus Vobiscum*

III SECOND INTROIT
1. *In Nomine Patris*
2. Prayer for the Congregation (Chorale: "Almighty Father")
3. Epiphany

IV CONFESSION
1. *Confiteor*
2. Strophe: "I Don't Know"
3. Strophe: "Easy"

V MEDITATION #1

VI GLORIA
1. *Gloria Tibi*
2. *Gloria in Excelsis*
3. Strophe: "Half of the People"
4. Strophe: "Thank You"

VII MEDITATION #2

VIII EPISTLE: "The Word of the Lord"

IX GOSPEL-SERMON: "God Said"

X CREDO
1. *Credo in Unum Deum . . .*
2. Strophe: "Non Credo"
3. Strophe: "Hurry"
4. Strophe: "World Without End"
5. Strophe: "I Believe in God"

XI MEDITATION #3. *De Profundis*, part 1

XII OFFERTORY: *De Profundis*, part 2

XIII THE LORD'S PRAYER
1. Our Father . . .
2. Strophe: "I Go On"

XIV SANCTUS

XV AGNUS DEI

XVI FRACTION: "Things Get Broken"

XVII PAX: COMMUNION

c



SOLOISTS IN ORDER OF APPEARANCE

The role of the Celebrant is sung by ALAN TITUS and on matinee performances by WALTER WILLISON

| | *Evenings and Sept. 16 Matinee* | *Matinees* |
|---|---|---|
| "A Simple Song" | CELEBRANT | |
| "I Don't Know" | WALTER WILLISON<br>RONALD YOUNG<br>ED DIXON | RONALD YOUNG<br>ED DIXON |
| *(Descant)*<br>"Easy" | CARL HALL<br>EUGENE EDWARDS<br>MARION RAMSEY<br>LOUIS ST. LOUIS | CARL HALL<br>EUGENE EDWARDS<br>JUDY GIBSON<br>TOM ELLIS |
| "Gloria Tibi" | CELEBRANT | |
| "Thank You" | LEE HOOPER | NEVA SMALL |
| "The Word of the Lord" | CELEBRANT | |
| "God Said"<br>*Leader*<br>*Members of the Congregation* | LARRY MARSHALL<br>BENJAMIN RAYSON<br>JUDY GIBSON<br>JOHN D. ANTHONY<br>RONALD YOUNG<br>CAROLE PRANDIS<br>DAVID CRYER | |
| "Non Credo"<br>"Hurry"<br>"World Without End"<br>"I Believe in God" | GINA PENN<br>MARY BRACKEN PHILLIPS<br>TOM ELLIS | BARBARA WILLIAMS<br>JOY FRANZ<br>LOUIS ST. LOUIS |
| "Our Father"<br>"I Go On" | CELEBRANT | |
| "Things Get Broken" | CELEBRANT | |
| "Secret Songs" | JONATHAN VICTOR GRAM<br>JOHN D. ANTHONY<br>MARGARET COWIE<br>RONALD YOUNG<br>GINA PENN<br>DAVID CRYER | |

*Acolytes: Judith Jamison, Ramon Segarra, Clive Thompson, Sylvia Waters Kenneth Pearl, Lee Harper, Estelle Spurlock*

## A Note from the Composer

Although it is not common practice to thank one's colleagues publicly at the première performances of a new work, I cannot resist doing so in the case of MASS, where they have all worked with a selflessness and dedication I have rarely witnessed. I have in mind (besides those already named in the program-book) Messrs. Hershy Kay and Jonathan Tunick, who have both been wondrously generous with their talents and their time in assisting me with the execution of the orchestrations. Similarly, Arnold Arnstein and his staff, who have wrought miracles in the area of music-copying for this particularly complex production.

And my especial gratitude to one who has been a colleague in the deepest sense, though not officially: my sister Shirley, who, in a moment of crisis, turned the tide by implementing her belief in the work with swift and sturdy action.

As to any further program-note of an analytical nature, I hope that none is necessary, since the intention of MASS is to communicate as directly and universally as I can a reaffirmation of faith.

Leonard Bernstein
8 September 1971

2/4 Page 2 includes order of the Mass and titles of sections.

3/4 Page 3 includes a note from the composer and names of noted soloists and performers.

## Cast

### Singers

John D. Anthony, Margaret Cowie, David Cryer, Ed Dixon, Eugene Edwards, Tom Ellis, Joy Franz, Judy Gibson, Carl Hall, Lee Hooper, Larry Marshall, Gina Penn, Mary Bracken Phillips, Carole Prandis, Benjamin Rayson, Marion Ramsey, Neva Small, Louis St. Louis, Alan Titus, Barbara Williams, Walter Willison, Ronald Young.

### Dancers

Consuelo Atlas, Ronald Dunham, Lee Harper, Judy Jamison, Mari Kajiwara, Linda Kent, Rosamond Lynn, Hector Mercato, John Parks, Kenneth Pearl, Gail Reese, Freddy Romero, Kelvin Rotardier, Leland Schwantes, Ramon Segarra, Estelle Spurlock, Clive Thompson, Sylvia Waters, Dudley Williams, Morton Winston. CHILDREN: Judith Gee, Mark Peress, Vincent Wineglass.

### Choir

Amy Antonelli, Leslie Bennett, Barbara Boller, Catherine Bounds, Patricia Boyd, Bruce Braskett, Juanita Brown, Barrington Butts, William Cameron, Richard Dirksen, Robert Dorsey, Robert Ergenbright, Naomi Frenkel, Arphelius Paul Gatling, Patricia George, Carol Gericke, Herman Goodalle, Suzanne Grant, Norman Henderson, Susan Hoagland, Matthew Holsen, Michael Hume, Wilmer Hunt, Ellen Isler, Norman Johns, Vicki Johnstone, Wayne Jones, William Jones, Mary Kennedy, Dorothy Krikorian, John Madden, Raina Mann, Doris McLaughlin, Joy McLean, Anne Miller, Ann O'Dell, Mary Beth Parrotta, Thomas Pratt, Carolyn Raffa, Martha Randall, Katherine Ray, Albert Rhodes, Robert Rooks, Ronald Roxbury, Yvonne Sabine, Walter Scarvie, Thomas Schwab, Shirley Scribner, Wayne Shirley, Jay Silberg, Gloria Singleton, Elizabeth Squares, Robert Stevenson, Myra Tate, Robert Tolson, Harry Torno, Michael Tronzo, Lillie Walker, Robert Whitney, Sandy Willetts.

### Boy Choir

*David Charles Abell, Ronald Todd Bardach, *Arthur D. Berg, Jr., Christopher Alfred Cole, Rochel Garner Coleman III, James Duffield Cutter, John F. Delorey, Jr., Mark Christopher Dirksen, Thomas Andrew Ettinghausen, Jonathan Victor Gram, Thomas Schofield Hotchkiss, Richard Francis Longley, Spencer Mason II, Joseph McIntyre, Richard John Michael, Edward Daniel Morris IV, Peter Francis Mulrean, Mark Christopher Nemeskal, Robert Cowles Pierce, Robert Mackintosh Rough, Richard Banks Swan, Eric Lee Williams, William Bradford Wright.

*Alternates

### Stage Musicians

**Bass**—Mike Willins; **Bass Guitar**—Juan Ramirez; **Guitars**—Scott Kuney, James Mitchell; **Harp**—Faith Carmin; **Horns**—Carl Bianchi, Sharon Moe, Samuel Ramsey, Carolyn Tate; **Trombones**—William Reichenbach, John Swallow, Stuart Taylor; **Trumpets**—Peter Chapman, Emerson Head, Charles Lewis, Rolf Smedvig; **Tuba**—Sam Pilafian; **Bassoons**—Vince Ellin, Donald MacCourt; **Clarinets**—Phil Bashor, Merlin Petroff, Al Regnie; **Flutes**—Claudia Anderson, Thomas Kay; **Oboes**—Peter Bowman, David Busch; **Drums**—Rick Cutler, Henry Jaramillo; **Keyboard**—Linda Breeden, Thomas Pierson.

*

Pre-recorded tape interludes produced by Columbia Records, with the following soloists:

ANTIPHON

Betty Allen, Karen Altman, Dominic Cossa, Raymond deVoll

RESPONSORY

Adrienne Albert, Maeretha Stewart, June Magruder, Charles Magruder, John Manno, William Elliot

SECOND INTROIT

Leonard Arner (oboe)

Leonard Bernstein's MASS will be available shortly on Columbia Records

## Staff for MASS

General Press Representative..........Michael Sean O'Shea
Associate Press Representative..................Leo Stern
Production Stage Manager ..............Norman A. Grogan
Stage Managers..Tom A. Larson, Ronald Schaeffer, Dan Broun
Production Carpenter.........................Fred Gallo
Production Sound Engineer....................Jack Mann
Production Electrician........................Paul Callan
Production Property Master ................Frank Snyder
Wardrobe Master...........................Elonzo Dann
Assistant to Mr. Ailey........................Thelma Hill
Assistant to Mr. Smith......................David Guthrie
Assistants to Mr. Hemsley.......William Burd, Louis Rackoff
Assistant to Mrs. Shumlin.......................Ed Williams
Assistant to Mr. Thompson..................Connie Wexler
Assistant Conductor.......................Thomas Pierson
Concertmaster ..........................Daniel Kobialka
Assistant Musical Director.................Richard Leonard
Assistant to Mr. Bernstein.................Thomas Cothran
Musical Contractors..........Herbert Harris, Joseph Willens
Rehearsal Pianist.........................Martha Johnson
Production Assistant.........................Ross Skelton

## Credits

Scenery built by Nolan Studios. Costumes executed by Eaves Costume Company. Lighting Equipment from Four Star. Sound Equipment from TheatreSound. Special Effects and Percussion Instruments from Carroll Music Instruments. Electronic Keyboard Instruments from RMI, Inc. (a subsidiary of Allen Organ Company). Pianos by Baldwin Piano Co. Allen Organ loaned by Heritage Baptist Church, Annapolis, Md.

E

# The John F. Kennedy Center for the Performing Arts

PRESENTS

The World-Première Performance on
Wednesday Evening, September 8, 1971, at 7:30

of

LEONARD BERNSTEIN'S

# MASS

A Theatre Piece For Singers, Players and Dancers

TEXTS FROM THE ROMAN LITURGY AND BY THE COMPOSER
Additional Texts by STEPHEN SCHWARTZ
Choreography by ALVIN AILEY
Settings by OLIVER SMITH Costumes by FRANK THOMPSON Lighting by GILBERT HEMSLEY, JR.
Musical Director MAURICE PERESS
with
THE NORMAN SCRIBNER CHOIR THE BERKSHIRE BOYS' CHOIR
THE ALVIN AILEY AMERICAN DANCE THEATRE
Production Coordinator DIANA SHUMLIN
Directed by GORDON DAVIDSON

Produced by ROGER L. STEVENS Associate Producer SCHUYLER G. CHAPIN

A

4/4 Page 4 includes full listing of cast, staff, as well as external credits.

1/4 Page 1 includes title, logo, date, basic credits.

MASS

The audience is invited to participate as a congregation wherever it is so indicated

I DEVOTIONS BEFORE MASS
1. Antiphon: *Kyrie Eleison*
2. Hymn: "A Simple Song"
3. Psalm: "A New Song"
4. Responsory: *Alleluia*

II FIRST INTROIT: Rondo
1. Prefatory Prayers (*Kyrie, Asperges, Introibo*, etc.)
2. Thrice-triple Canon: *Dominus Vobiscum*

III SECOND INTROIT
1. *In Nomine Patris*
2. Prayer for the Congregation (Chorale: "Almighty Father")
3. Epiphany

IV CONFESSION
1. *Confiteor*
2. Strophe: "I Don't Know"
3. Strophe: "Easy"

V MEDITATION #1

VI GLORIA
1. *Gloria Tibi*
2. *Gloria in Excelsis*
3. Strophe: "Half of the People"
4. Strophe: "Thank You"

VII MEDITATION #2

VIII EPISTLE: "The Word of the Lord"

IX GOSPEL-SERMON: "God Said"

X CREDO
1. *Credo in Unum Deum . . .*
2. Strophe: "Non Credo"
3. Strophe: "Hurry"
4. Strophe: "World Without End"
5. Strophe: "I Believe in God"

XI MEDITATION #3. *De Profundis*, part 1

XII OFFERTORY: *De Profundis*, part 2

XIII THE LORD'S PRAYER
1. Our Father . . .
2. Strophe: "I Go On"

XIV SANCTUS

XV AGNUS DEI

XVI FRACTION: "Things Get Broken"

XVII PAX: COMMUNION

C

SOLOISTS IN ORDER OF APPEARANCE

The role of the Celebrant is sung by ALAN TITUS and on matinee performances by WALTER WILLISON

| | *Evenings and Sept. 16 Matinee* | | *Matinees* |
|---|---|---|---|
| "A Simple Song" | | CELEBRANT | |
| "I Don't Know" | WALTER WILLISON<br>RONALD YOUNG<br>ED DIXON | | RONALD YOUNG<br>ED DIXON |
| *(Descant)* | CARL HALL | | CARL HALL |
| "Easy" | EUGENE EDWARDS<br>MARION RAMSEY<br>LOUIS ST. LOUIS | | EUGENE EDWARDS<br>JUDY GIBSON<br>TOM ELLIS |
| "Gloria Tibi" | | CELEBRANT | |
| 'Thank You" | LEE HOOPER | | NEVA SMALL |
| "The Word of the Lord" | | CELEBRANT | |
| "God Said" | | | |
| *Leader* | | LARRY MARSHALL | |
| *Members of the Congregation* | | BENJAMIN RAYSON<br>JUDY GIBSON<br>JOHN D. ANTHONY<br>RONALD YOUNG<br>CAROLE PRANDIS<br>DAVID CRYER | |
| "Non Credo" | | | |
| "Hurry" | GINA PENN | | BARBARA WILLIAMS |
| "World Without End" | MARY BRACKEN PHILLIPS | | JOY FRANZ |
| "I Believe in God" | TOM ELLIS | | LOUIS ST. LOUIS |
| "Our Father" / 'I Go On" | | CELEBRANT | |
| "Things Get Broken" | | CELEBRANT | |
| "Secret Songs" | | JONATHAN VICTOR GRAM<br>JOHN D. ANTHONY<br>MARGARET COWIE<br>RONALD YOUNG<br>GINA PENN<br>DAVID CRYER | |

*Acolytes: Judith Jamison, Ramon Segarra, Clive Thompson, Sylvia Waters, Kenneth Pearl, Lee Harper, Estelle Spurlock*

## A Note from the Composer

Although it is not common practice to thank one's colleagues publicly at the première performances of a new work, I cannot resist doing so in the case of MASS, where they have all worked with a selflessness and dedication I have rarely witnessed. I have in mind (besides those already named in the program-book) Messrs. Hershy Kay and Jonathan Tunick, who have both been wondrously generous with their talents and their time in assisting me with the execution of the orchestrations. Similarly, Arnold Arnstein and his staff, who have wrought miracles in the area of music-copying for this particularly complex production.

And my especial gratitude to one who has been a colleague in the deepest sense, though not officially: my sister Shirley, who, in a moment of crisis, turned the tide by implementing her belief in the work with swift and sturdy action.

As to any further program-note of an analytical nature, I hope that none is necessary, since the intention of MASS is to communicate as directly and universally as I can a reaffirmation of faith.

Leonard Bernstein
8 September 1971

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our

use of cookies.

noted soloists and performers.

The occasion enabled Washington to begin earning a reputation as a cultural hub as well as a political one; as *The New York Times* wrote in a front-page article the next morning, "The capital of this nation finally strode into the cultural age tonight with the spectacular opening of the $70 million [Kennedy Center]...a gigantic marble temple to music, dance, and drama on the Potomac's edge."

## Dedication Statements by Original Honorary Chairmen

Published in the inaugural program, September 8, 1971

President Richard Milhous Nixon

"America's performing arts stem from the spirit of the country and the soul of its people, and they impart to the Nation's life a beauty, a grace, and a deep and special communion without which that life would be incomplete. It is especially fitting that they now should have this magnificent new Center in the nation's capital.

The opening of the John. F. Kennedy Center is the fulfillment of a dream shared by Americans in every walk of life. Its completion now, as the nation prepares for the approaching celebration of its bicentennial, gives proud emphasis to our rich artistic heritage, and helps ensure that in the third American century that heritage will continue both to grow in vigor and to gain in recognition and support by the public it serves."

Mrs. Patricia Nixon

"It gives me great pleasure to welcome each of you here to the festive and auspicious occasion celebrating the opening of the John F. Kennedy Center for the Performing Arts. This is indeed a significant moment, one in which not only those present, but also an entire nation, can take pride and derive inspiration. This magnificent Center is in itself a tribute to our nation's cultural aspirations as well as its artistic achievements. Our desire for a national center to encourage and promote greater appreciation and participation in performing arts initiated its founding. Its realization reflects the commitment of four Presidents and innumerable citizens to this goal. The John F. Kennedy Center, already a vital part of our heritage, in time, will also assume leadership in the cultural enrichment of our modern age. I am confident that the dignity and grandeur of this building will well complement, both tonight and in future generations, the artistic opportunity and pleasure for which the John F. Kennedy Center was designed. I join with you in appreciation and excitement at this promise."

---

## Mrs. Lyndon B. Johnson

"With the completion of the Kennedy Center, a whole new cultural vista is opening in Washington. All of the performing arts will be gathered together in one brilliant setting, offering pleasure to generations of Washingtonians and millions of visitors.

As I look back over more than three decades when I called Washington my home, I recall with pleasure and nostalgia watching a glittering ballet performance on a floating barge at the Watergate on the Potomac ... or driving to the country to see a summer-stock production in a barn ... or sitting on the Capitol lawn at twilight captured by the tempo of a band concert.

I know the Center will make an enduring contribution to our national life as well as add a rich new dimension to our capital city. It is an exciting prospect for all of us who love Washington so dearly."

---

## Mrs. Jacqueline Kennedy Onassis

"Washington has been our nation's capital for a century and three quarters. But only recently have we begun to understand that a great nation is nourished by art as well as by politics. Other countries' cities have their theaters, opera houses, and concert halls, but our capital city has lacked an adequate place for our great orchestras, singers, dancers, and actors. Now, at last, we will have a home for the performing arts in our own nation's capital. Here, there will be splendid productions of opera, music, theater, dance and film – productions that will give our performing artists a national base and will strengthen artistic opportunities and standards throughout the land.

For the Kennedy Center exists not for Washington alone. It exists for the entire nation. Its work will be closely linked with state arts councils; municipal arts centers; colleges; schools; and museums everywhere in our country. I am particularly glad that provisions are being made to set aside a proportion of tickets for every performance at special rates, to be reserved for students and old people and others not in a position to pay the box office price. This is a place not just for the wealthy elite, but for all America.

President Kennedy once said, 'The life of the arts, far from being an interruption, a distraction, in the life of a nation, is very close to the center of a nation's purpose – and is a test of the quality of a nation's civilization.'

Someone else once said: 'All passes, art alone endures.'"

---

Under Roger Stevens's continued direction, the Kennedy Center presented season after season of the finest and most exciting in the performing arts: new plays by Tennessee Williams, Arthur Miller, and Tom Stoppard; new ballets by Antony Tudor, Agnes DeMille, and Jerome Robbins; new orchestral scores by Aaron Copland, Dmitri Shostakovich, and John Cage. The Center co-produced musicals including *Annie* and *Pippin* in its early years, and later co-produced the American premiere of *Les Misérables* and co-commissioned the preeminent American opera of recent times, John Adams's *Nixon in China*. The Center's presence

also enabled Washington to become an international stage, hosting the American debuts of the Bolshoi Opera and the Ballet Nacional de Cuba, as well as the first-ever U.S. performances by Italy's legendary La Scala opera company. In 1986, the Kennedy Center welcomed its first artistic affiliate, the National Symphony Orchestra, which had been the Center's resident orchestra since the 1971 opening.

Ralph P. Davidson succeeded Stevens as Kennedy Center Chairman in 1988, and helped secure an ongoing Japanese endowment that brings that nation's arts to Washington each year. (Another of Japan's gifts to the Center, the Terrace Theater, had opened in 1979.) James D. Wolfensohn was elected Chairman in 1990, working with President Lawrence J. Wilker to solidify the Center's fundraising, strengthen its relations with Congress, and extend the nationwide reach of its education programs to serve millions of young people in every state.

James A. Johnson began his tenure as the Kennedy Center's fourth Chairman in May 1996. His vision for a performing arts center attractive to people of all income levels and artistic tastes led him to create the Performing Arts for Everyone initiative, increasing the visibility of the Center's frequent low-priced and free events. He created and endowed the Millennium Stage, which presents a free event every day of the year at 6 p.m.; Millennium Stage performances are also streamed live and archived online, thereby making Kennedy Center performances accessible to audiences worldwide.

By 2001, Johnson, whose stewardship had greatly enlarged the Center's artistic endowment, was joined by the Center's new president Michael M. Kaiser, former head of the Royal Opera House and earlier of American Ballet Theatre. Kaiser, who stepped down as Kennedy Center President in August 2014, oversaw all the artistic activities at the Kennedy Center, increased the Center's already broad educational efforts, established Kennedy Center Arts Management Program, created unprecedented theater festivals celebrating the

works of Stephen Sondheim and Tennessee Williams, and arranged for continuing visits by St. Petersburg's Mariinsky Theater Opera, Ballet, and Orchestra, and the Royal Shakespeare Company. During this time, the Center also became known for its spectacular, multi-week international festivals, including those dedicated to the art and artists of China, India, Japan, the nations of the Middle East, and more. In 2011, Kaiser oversaw the affiliation of Washington National Opera with the Kennedy Center.

Stephen A. Schwarzman began his service as the fifth Chairman of the Kennedy Center Board of Trustees in May 2004. His commitment and interest in the arts, and particularly theater, was highlighted by a gift of $10 million to the Center's theater program, which has since produced new productions of such classics as *Mame* and *Carnival!; August Wilson's 20th Century*, the playwright's complete 10-play cycle performed as fully staged readings; a major revival production of *Ragtime* that transferred to Broadway in October 2009; and Terrence McNally's *Nights at the Opera*, in which three of the playwright's works were performed concurrently in three Kennedy Center theaters.

David M. Rubenstein, co-founder and managing director of The Carlyle Group, one of the world's largest private equity firms, was named Chairman of the Kennedy Center in May 2010. Since then, Rubenstein has pledged more than $25 million to the Kennedy Center in support of the National Symphony Orchestra, the Center's artistic and educational programming, major annual events, and the *Rubenstein Arts Access Program*, which seeks to increase access to the arts to the underserved, the underprivileged, young people, and members of our armed services. Rubenstein's accomplishments at the Kennedy Center include the appointment of Deborah F. Rutter as the third-ever Kennedy Center President.

On June 8, 2012, bipartisan legislation was signed into law (P.L. 112-131) authorizing the construction of an expansion

project at the Center using private funding. The law recognized that the Center needed classroom space, rehearsal space, and event space to provide greater accessibility to the Center's programs and performances for the general public. Mr. Rubenstein pledged $50 million as the lead gift for the Kennedy Center's Expansion Project, called the REACH—a nod to President Kennedy's inspirational and aspirational vision for human potential.

An accomplished arts leader known for emphasizing collaboration, innovation, and community engagement, Deborah Rutter began her tenure at the Kennedy Center September 1, 2014. Among her accomplishments, she has recommitted to putting artists at the core of work at the Center, forging formal directorships and artistic advisorships with Yo-Yo Ma, Renée Fleming, Damian Woetzel, Q-Tip, and others. She appointed Marc Bamuthi Joseph as the Center's first Vice President and Artistic Director for Social Impact, and inaugurated the Center's formal hip-hop culture program, in both cases opening the doors ever-wider to communities and refining the role that art plays in our collective cultural narrative.



Kennedy Center 1971 gala

In May of 2016, the Center kicked off the JFK centennial year, celebrating the 100th birthday of America's 35th President and honoring his legacy. Leading up to the centennial Open House and celebration in May 2017, the Center's programming was inspired by five ideals commonly attributed to President Kennedy: *Courage, Freedom, Justice, Service*, and *Gratitude*. The same year, Kennedy Center artistic affiliate Washington National Opera mounted the company's first complete *Ring* cycle, directed by WNO Artistic Director Francesca Zambello, to great critical acclaim.

Opened to the public on September 7, 2019, the REACH is part of the Kennedy Center's expanded campus. Located south of the iconic Edward Durell Stone building and designed by American architect Steven Holl, the expansion adds dedicated and much-needed classroom and open rehearsal spaces, as well as public gardens and an outdoor video wall.

Continuing to serve as a thought-leader in the performing arts community and to reflect Kennedy's ideals as a living memorial in the 21st century, the Center is currently engaged in a process to re-imagine itself as a more dynamic creative campus that actively engages with its communities to inspire citizen artists and reflect the contemporary spirit of exploration and expression of America. In December of 2019, Congress passed a Sense of the Congress recognizing 2021 as the 50th anniversary of the opening of the Center. In the lead-up to its 50th anniversary in 2021–2022, and guided by JFK's legacy of courage, freedom, justice, service, and gratitude, the Kennedy Center will launch new initiatives, serve as a catalyst and a meeting place, and invite members of the public to engage with artists and ideas, and to participate in the civic and cultural life of their country.

---

Copyright 1990-2026. All rights reserved.