# EXHIBIT 3

**The Trump Kennedy Center**




# Kennedy Center Campus Map

Find your way around our exterior and interior spaces with this downloadable map (PDF).

# Visitors Guide Brochure

Our Visitors Guide contains a self-guided tour of the campus, along with information on the amenties and services offered.



11/13

## Opera House Box Tier

(Opera House)

The Opera House Box Tier is located in the lobby of the prestigious Opera House and is the only space with a direct view to the bust of President Kennedy. This space can be used for receptions and seated dinners on evenings when there are no performances inside the Opera House. Limited availability due to performance schedule.



12/13

## Opera House Circles Lounge

(Opera House)

The Opera House Circles Lounge is located on the Box Tier of the Opera House and can be used as an event space, meeting room, and private lounge for the Center's Circles donors. Limited availability due to performance schedule.





13/13

PERMANENT EXHIBIT

## Art and Ideals: President John F. Kennedy

Located in the heart of President Kennedy's living memorial, this immersive exhibit uses the latest in digital technology to explore how the arts infused and informed the Kennedy presidency.

1/13

## Concert Hall

Renovated in 1997, the Concert Hall is the largest performance space in the Kennedy Center, seating 2,465. This state-of-the-art facility, which originally opened in 1971, sets new standards for accessibility and sound with a high-tech acoustical canopy, accessible locations on every level, and new seating sections (onstage boxes, chorister seats, and parterre seats).

Venue Lounges

- Concert Hall Box Tier
- Israeli Lounge
- Concert Hall Members Lounge



2/13

## Eisenhower Theater

The Eisenhower Theater, traditionally home to many of the Kennedy Center's theater and dance performances,



3/13

## Family Theater

Unveiled on December 9, 2005, the John F. Kennedy Center for the Performing Arts' new 320-seat Family Theater (formerly the Film

reopened in 2008 after a 16-month, $17.9 million renovation. The theater now seats 1,161 people, making it approximately comparable in size to many Broadway theater houses. The theater contains an orchestra pit for 35 musicians that is convertible to a forestage or additional seating space.

Venue Lounges

- Chinese Lounge
- Eisenhower Box Tier

Theater) provides a new home for world-class family theater performances for the nation's youth and continues the Kennedy Center's $125 million commitment to performing arts education for adults and children alike.



4/13

## Opera House

The Opera House is the second-largest theater in the Center, with 2,347 seats. It was designed for ballet, opera, and musical theater. Over the years, the Opera House has welcomed dozens of the world's great dance and opera companies and has hosted some of the most important artistic events of the last quarter century.



5/13

## Terrace Theater

The Terrace Theater is the busiest theater within the Kennedy Center, hosting over 180 performances each year ranging from music, jazz, dance, film, lectures, and more. This venue is well suited for conferences or awards programs for both Non-Profit organizations and Private companies.

Venue Lounges

- African Lounge
- Opera House Circles Lounge
- Opera House Box Tier
- South Opera Tier Lounge



6/13

## African Lounge (Opera House)

The room was constructed and decorated through the generous contributions of 22 African nations.

The African Lounge is a reception room for dignitaries, donated to the Kennedy Center by the nations of Africa. It is located on the box tier of the Opera House, opposite the South Opera Lounge. Limited availability due to performance schedule.



7/13

## Chinese Lounge (Eisenhower Theater)

The Chinese Lounge is located on the Box Tier of the Eisenhower Theater and can be used for cocktail receptions and small seated dinners. Due to the color of the carpet in the Chinese Lounge, we cannot allow any dark liquids (including red wine) in this space. Limited availability due to performance schedule.






8/13

## Concert Hall Box Tier

(Concert Hall)

The Concert Hall Box Tier is located in the lobby of the Concert Hall. This space can be used for receptions and seated dinner on evenings when there are no performances inside the Concert Theater. Limited availability due to performance schedule.

9/13

## Eisenhower Box Tier

(Eisenhower Theater)

The Eisenhower Box Tier is located in the lobby of the Eisenhower Theater. This space can be used for receptions and seated dinner on evenings when there are no performances inside the Eisenhower Theater. Limited availability due to performance schedule.





10/13

## Israeli Lounge

(Concert Hall)

11/13

## Opera House Box Tier

The Israeli lounge is located on the Box Tier of the Concert Hall and can be used for cocktail receptions and seated dinners. Limited availability due to performance schedule.

(Opera House)

The Opera House Box Tier is located in the lobby of the prestigious Opera House and is the only space with a direct view to the bust of President Kennedy. This space can be used for receptions and seated dinners on evenings when there are no performances inside the Opera House. Limited availability due to performance schedule.



12/13

## Opera House Circles Lounge

(Opera House)

The Opera House Circles Lounge is located on the Box Tier of the Opera House and can be used as an event space, meeting room, and private lounge for the Center's Circles donors. Limited availability due to performance schedule.



13/13

PERMANENT EXHIBIT

## Art and Ideals: President John F. Kennedy

Located in the heart of President Kennedy's living memorial, this immersive exhibit uses the latest in digital technology to explore how the arts infused and informed the Kennedy presidency.



1/13

## Concert Hall

Renovated in 1997, the Concert Hall is the largest performance space in the Kennedy Center, seating 2,465. This state-of-the-art facility, which originally opened in 1971, sets new standards for accessibility and sound with a high-tech acoustical canopy, accessible locations on every level, and new seating sections (onstage boxes, chorister seats, and parterre seats).

Venue Lounges

- Concert Hall Box Tier
- Israeli Lounge
- Concert Hall Members Lounge



2/13

## Eisenhower Theater

The Eisenhower Theater, traditionally home to many of the Kennedy Center's theater and dance performances, reopened in 2008 after a 16-month, $17.9 million renovation. The theater now seats 1,161 people, making it approximately comparable in size to many Broadway theater houses. The theater contains an orchestra pit for 35 musicians that is convertible to a forestage or additional seating space.

Venue Lounges

- Chinese Lounge
- Eisenhower Box Tier




3/13

## Family Theater

Unveiled on December 9, 2005, the John F. Kennedy Center for the Performing Arts′ new 320-seat Family Theater (formerly the Film Theater) provides a new home for world-class family theater performances for the nation′s youth and continues the Kennedy Center′s $125 million commitment to performing arts education for adults and children alike.

# Explore Artwork at the Kennedy Center

# Explore the REACH



19/21

## Reflecting Pool

*with thanks to The State of Qatar*

With views of the Potomac River and Roosevelt Island and set adjacent to the River Pavilion, the large Reflecting Pool welcomes both splashing and stillness, joy and reflection.



20/21

## Video Wall Lawn

*with thanks to Robert H. Smith Family Foundation*

The Video Wall Lawn makes possible active, participatory engagement through simulcast or broadcast performances and films with expansive lawn seating for visitors.



21/21

## The REACH Plaza and



1/21

## Welcome Pavilion

# Gardens

The large paved plaza and two expansive lawns surrounding the three pavilions offer outdoor gathering spaces for participating in a community activity, watching a movie or simulcast on the Video Wall, picnicking, or relaxing before a performance. The lawns and landscaping serve as a massive "green roof" for the REACH, the largest in Washington, DC at approximately 69,000 square feet.

The Welcome Pavilion is the main entry to all other spaces at the REACH. Located on Level A, the Welcome Pavilion boasts massive clear and frosted glass windows, including one that is etched with a quote from President Kennedy. The expansive lobby is home to a reception desk, comfortable lounges designed by Steven Holl, the Gratitude Wall recognizing major contributions to the construction of the REACH, and the Hyannis Port coffee bar, which is named after the location of the Kennedy Family home on Cape Cod.



2/21

# PT-109

*with thanks to Daniel and Gayle D'Aniello*

A great space for meetings, small dinners, workshops, and breakouts for a conference day. The view boasts floor to ceiling windows overlooking a



3/21

# Moonshot Studio

*with thanks to William E. Conway, Jr. and Joanne Barkett Conway*

Named after President Kennedy's call for America to think big and travel to the

reflecting pool outside to the East. Frosted glass is along the entry wall into the space, and can be easily accessible from our main entrance through the Welcome Pavilion.

PT-109 takes its name from the "Patrol Torpedo" boat that President Kennedy commanded during World War II.

moon, the Moonshot Studio is a "maker space" where families, students, and community groups can come together for interactive workshops, meetings, or camps.



4/21

# Justice Forum

*with thanks to Michael F. and Noémi K. Neidorff and The Centene Charitable Foundation*

The Justice Forum is named after one of the five ideals attributed to President Kennedy.

Intimate lecture hall with capacity for film screenings, panel discussions, presentations, and small ensembles. Seats have a tablet arm for note-taking,



5/21

# Skylight Pavilion

*with thanks to Stephen and Christine Schwarzman*

A stunningly beautiful, vaulted-ceiling space with expansive views of the river. A great location for special events, receptions, or seated dinners, this space can serve as a public atrium and a great place to view the Potomac during the day. Acoustic plaster ceilings and walls, end grain wooden floor, and

large projector screen, and projector to provide audio visual at every location within the space. With cherry wood ceiling, acoustic crinkle natural grey concrete walls, wooden floors, the space is made to capture the presentation style setting.

multiple glass skylights, offer an experience for lasting memories at the REACH.

A multitude of custom hanging lights twinkle like stars over the Pavilion's atrium, augmented by theatrical lighting to transform the room for special events. The exterior wall facing the Center functions as a large projection screen for movies, simulcasts, and more.



6/21

## Gallery Wall

*with thanks to Fred Eychaner*

This multi-story blank canvas will play host to large-scale short- and long-term art installations, on view to visitors on both levels of the REACH.



7/21

## Peace Corps Gallery

President Kennedy established the Peace Corps by executive order on March 1, 1961 with the goal of encouraging mutual understanding between Americans and people of other nations and cultures. The Peace Corps Gallery, located on Level B, serves as an art gallery, lobby, and

gathering space outside of Studios J, F & K.





8/21

## Studio J

*with thanks to Iris Smith*

This multi-purpose rehearsal room is complete with ballet barres, permanent mirrors along the wall, and drapery to cover the installed mirror wall. This can be suitable for a rehearsal space, meeting breakout room, or green room space (dark liquids not permitted). With windows and natural light, shades can be drawn to limit the view into the space. Studio J is complete with a permanent Marley sprung floor, screen, projector, and audio playback system.

This multi-purpose room takes its name from one of the President's first two initials.

9/21

## Studio F

*with thanks to Suzanne L. Niedland*

This multi-purpose room takes its name from one of the President's first two initials.

Larger than Studio J, the second multi-purpose rehearsal room is complete with ballet barres, permanent mirrors along the wall, and drapery to cover the installed mirror wall. This can be suitable for a rehearsal space, meeting breakout room, or green room space (dark liquids not permitted). With windows and natural light, shades can be drawn to limit the view into the space. Studio F is complete with a permanent Marley sprung floor, screen, projector, and audio playback system.



10/21

## Studio K

*with thanks to Jacqueline Badger Mars*

The largest multi-purpose room with a viewing balcony containing loose seating, to allow for observation. The space can be used for a variety of events, performances, rehearsals, and conference style theater or break out sessions. The space can be made dark with the use of curtains located on all four walls, including a permanent lighting, audio, and video system. The distinctive cerulean blue stained concrete ceiling, acoustic crinkle natural grey concrete walls, and dark stained wooden floor provide a space that can be transformed and used for any occasion.

Recieveing its name from President John F. Kennedy's last initial.



11/21

## Skylight Stair

*with thanks to Sakurako and William Fisher*

Connecting the upper and lower levels near Studios J, F, and K, the Skylight Stair encapsulates Steven Holl's mastery of light, angles, and texture with this eye-catching stair feature.





12/21

## Sardar Classroom

*with thanks to Arlene and Robert Kogod*

## Macaroni Classroom

Caroline Kennedy's pet pony Macaroni was a gift from President Lyndon B. Johnson in 1962. Sardar, an Arabian horse, was given to First Lady Jacqueline Kennedy as a present from Ayub Khan, the President of Pakistan, in 1962. These state-of-the-art, multipurpose classroom spaces can host both children and adults in exciting hands-on educational activities.

13/21

## Hammersmith Lounge

*with thanks to Dr. Deborah Rose and Dr. Jan A. J. Stolwijk*

Hammersmith was the name of Jackie Bouvier's childhood home that served as her wedding venue and the "Summer White House" during the Kennedy administration. Equipped with informal seating designed by Steven Holl, a skylight, and window views of the Potomac, the Hammersmith Lounge is a public space adjacent to Studios J, F & K and the Macaroni and Sardar Classrooms.



14/21

## River Pavilion

The Boeing Company
*Exclusive Corporate Underwriter of the REACH*

The River Pavilion has fantastic views; featuring quotes from President Kennedy etched into frosted glass, this special space hosts informal performances, comedy or open mic nights, and special events..

This flexible interior and exterior space is located along the south end of the Kennedy Center's campus. This space offers brilliant views of the Potomac River and new pedestrian bridge across Rock Creek Parkway. A wall of windows facing both east and west offer a bright and warm space season round. To the West, the view of the Potomac River, and to the East, the view of the south Reflecting Pool and



15/21

## The Link

*with thanks to Štěpánka and Karel Komárek*

The Link is a covered pathway with fantastic views of the Potomac River, Roosevelt Island, and into Studios J & F that connects the River Plaza and the Grand Foyer to various spaces and buildings at the REACH.

Presidential Grove of Ginkgo trees.





16/21

## The Bridge

*with thanks to David Bohnett Foundation*

For the first time, the Kennedy Center is connected to the city's other memorials by a new pedestrian bridge spanning Rock Creek and Potomac Parkway down to the trail running along the Potomac River.

17/21

## Victura Deck

*with thanks to Pritzker Traubert Foundation*

A lover of the sea, President Kennedy's iconic wooden sailboat, the Victura (Latin for "to conquer"), was purchased when he was 15. The Victura Deck is located just outside of the Moonshot Studio alongside a large reflecting pool.





18/21

## Presidential Grove

19/21

## Reflecting Pool

*with thanks to The People of the United Arab Emirates*

At the south end of the campus sits a grove of 35 ginkgo trees planted in honor of our 35th president and namesake, John F. Kennedy, intended as a place for quiet contemplation.




20/21

## Video Wall Lawn

*with thanks to Robert H. Smith Family Foundation*

The Video Wall Lawn makes possible active, participatory engagement through simulcast or broadcast performances and films with expansive lawn seating for visitors.

*with thanks to The State of Qatar*

With views of the Potomac River and Roosevelt Island and set adjacent to the River Pavilion, the large Reflecting Pool welcomes both splashing and stillness, joy and reflection.



21/21

## The REACH Plaza and Gardens

The large paved plaza and two expansive lawns surrounding the three pavilions offer outdoor gathering spaces for participating in a community activity, watching a movie or simulcast on the Video Wall, picnicking, or relaxing before a performance. The lawns and landscaping serve as a massive “green roof” for the REACH, the largest in Washington, DC at

approximately 69,000 square

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.





1/21

## Welcome Pavilion

The Welcome Pavilion is the main entry to all other spaces at the REACH. Located on Level A, the Welcome Pavilion boasts massive clear and frosted glass windows, including one that is etched with a quote from President Kennedy. The expansive lobby is home to a reception desk, comfortable lounges designed by Steven Holl, the Gratitude Wall recognizing major contributions to the construction of the REACH, and the Hyannis Port coffee bar, which is named after the location of the Kennedy Family home on Cape Cod.

2/21

## PT-109

*with thanks to Daniel and Gayle D'Aniello*

A great space for meetings, small dinners, workshops, and breakouts for a conference day. The view boasts floor to ceiling windows overlooking a reflecting pool outside to the East. Frosted glass is along the entry wall into the space, and can be easily accessible from our main entrance through the Welcome Pavilion.

PT-109 takes its name from the "Patrol Torpedo" boat that President Kennedy commanded during World War II.



3/21

## Moonshot Studio

*with thanks to William E. Conway, Jr. and Joanne Barkett Conway*

Named after President Kennedy's call for America to think big and travel to the moon, the Moonshot Studio is a "maker space" where families, students, and community groups can come together for interactive workshops, meetings, or camps.

# Tour Our Campus

Enhance a visit with a free Kennedy Center building, the REACH, or special KC Campus Highlights tour guided by an expert Friends of the Kennedy Center tour guide. Learn about the works of art given to the Center.

# Visitors Guide Brochure

Our Visitors Guide contains a self-guided tour of the campus, along with information on the amenties and services offered.

---

Copyright 1990-2026. All rights reserved.