# EXHIBIT 4

**The Trump Kennedy Center**

Search for...    >

# On this day in 1964, construction on the Kennedy Center began



 Hannah Middlebrook · KC History

December 2nd, 2024 · 7 minute read

 Listen to Article    1x         8:05

For the past five decades, the Kennedy Center has been known for its marble facade and golden pillars, its ornate chandeliers and impressive halls. But 60 years ago on this day, none of those existed. Follow along with the Kennedy Center Archives as we explore the journey from the Center's ground-breaking to completion.



FOUNDING CHAIRMAN ROGER STEVENS STANDS BY THE MODEL OF THE KENNEDY CENTER AS PRESIDENT JOHNSON BREAKS GROUND, 1964. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES

At noon on December 2, 1964, President Lyndon B. Johnson officially broke ground on the John F. Kennedy Center for the Performing Arts using the same gold-plated spade that Presidents William Taft and Franklin Roosevelt used for the Lincoln and Jefferson Memorials ground-breakings. In an address given during the ceremony, Johnson stated that the Center would be "a living force for the encouragement of art," focusing on inspiring creativity in young people, serving as a model for other cultural centers in the nation, providing opportunities for artists, and bringing the arts to everyone. He ended: "Yes, this is our ambitious program. But so was the vision of the man in whose memory this Center is today named."



JEAN KENNEDY SMITH, BISHOP PHILIP HANNAN, ROBERT KENNEDY, AND PRESIDENT JOHNSON ATTEND THE GROUNDBREAKING CEREMONY, 1964. PHOTO BY UNITED PRESS INTERNATIONAL, COURTESY OF THE KENNEDY CENTER ARCHIVES

While the ground-breaking ceremony was a momentous occasion in the history of the Kennedy Center, it was only the first step in a long process of construction. Excavation of the site would not begin until the summer of 1965. By this point, most of the land for the Center had been acquired by the federal government's National Capital Planning Commission. However, one of the final plots of land needed was the site of the former Heurich Brewing Company, which closed in 1956 but still belonged to the Heurich family. The NCPC's funds wouldn't cover the purchase for the entire plot of land, but on June 23, Christian Heurich Jr. and his sisters Anita Heurich Eckles and Karla Heurich Harrison formally gifted the remaining land to the Kennedy Center, a $150,000 value, in return for a memorial box in the Concert Hall (now Box 30).



CHRISTIAN HEURICH JR. (RIGHT) SHAKES HANDS WITH CHAIRMAN ROGER STEVENS (CENTER) AT THE DEED PRESENTATION CEREMONY, 1965. PHOTO BY VINCE FINNIGAN, COURTESY OF THE KENNEDY CENTER ARCHIVES

Once the land had been completely acquired, construction could begin in earnest. The foundation was dug by contractor John McShain throughout 1966, and Bethlehem Steel provided the materials to begin on the structure itself. In January of that year, the Kennedy Center Board of Trustees officially approved the founding of the Friends of the Kennedy Center, a national volunteer organization dedicated to bringing awareness to and fundraising for the performing arts, even before the Center was completed.

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.

"Friends"



**JOHN F. KENNEDY CENTER**
*for the Performing Arts*

CREATED BY ACT OF CONGRESS
SEPTEMBER 2, 1958

1701 PENNSYLVANIA AVENUE N·W · WASHINGTON·D·C· 20566

TELEPHONE 382-1933

January 17, 1966

RECEIVED
1-19-66

Dear Mr. Mullin:

The Trustees of the John F. Kennedy Center for
the Performing Arts have just approved a proposal
to establish a National Committee for the Friends
of the Kennedy Center.  I would like very much to
report to our Washington Committee to tell you
about this proposed Friends' Committee and its
activities for the future.

It will certainly be an exciting project, and I
do hope you will give it your ideas and support.

We are scheduling a meeting of the Washington
Committee for Thursday, February 3, at 11:00 a.m.
at the Kennedy Center, Fifth floor, 1701 Pennsylvania
Avenue, Northwest.  Will you please advise Nelse
Greenway at the Center (382-1933) if you will be
able to come.

Looking forward to seeing you then,

Sincerely,

Mrs. Frank G. Wisner

Mr. Philip J. Mullin
Administrative Officer
John F. Kennedy Center
1701 Pennsylvania Avenue, N. W.
Washington, D. C.

Source: Kennedy Center Archives
(archives@kennedy-center.org)

A LETTER TO THE ADMINISTRATIVE OFFICER OF THE CENTER'S BOARD OF
TRUSTEES ANNOUNCING THE CREATION OF THE FRIENDS OF THE KENNEDY

Case 1:26-cv-00981-CRC   Document 24-7   Filed 03/31/26   Page 10 of 27
CENTER, 1966, COURTESY OF THE KENNEDY CENTER ARCHIVES

One of the first major projects of Friends was the Tom Sawyer Project, which began with D.C. students painting colorful murals to decorate the fencing around the construction site. The project soon expanded to asking U.S. states, territories, and foreign embassies to contribute panels painted by children for the site. Each of the 250 panels contributed was eight feet square and represented 45 states and 28 foreign nations.

# FRIENDS OF THE KENNEDY CENTER

### JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

**VOL. 1, NO 1**              # NEWSLETTER              **JANUARY 1967**

## WASHINGTON AREA MEMBERS OF THE FRIENDS MEET

In the late November meeting Mrs. Polk Guest acted as chairman in the absence of Mrs. Frank G. Wisner. The purpose was to report on the progress of the Washington Area Friends and to ask for volunteer help in several of the Friends projects. Mrs. Guest announced that the Friends now have over five hundred ($25.00) Founding Memberships representing 34 states. Mrs. Thomas W. Braden of California and Mr. C. Douglas Dillon of New York are serving as co-chairmen of the National Membership Drive.

### REQUEST FOR VOLUNTEERS - Please call 343-9346

Speakers Bureau – Mrs. Eugene Carusi and Mrs. Frederick Mascioli. There will be a briefing for volunteers on January 11th at 11:00 a.m. at the Center.
Visitors Information Center – Mrs. Rudulph Carter and Mrs. Sydney Werkman.
Metropolitan Opera National Company's Washington Engagement – Mrs. Ralph Becker is requesting volunteers for the National Company's Washington engagement during the week of February 13 - 18.
Office Help – Miss Nelse Greenway. Please call her to help with typing, filing, mailings, etc.
Foreign Languages – If you speak a foreign language and can volunteer some time, please contact Miss Greenway.
Hospitality Committee – Mrs. Myron Cowen and Mrs. Neylan McBaine. Reception of special visitors, including those from abroad.

## FRIENDS PROJECTS

TOM SAWYER PROJECT - As the Widening Horizons program of painting 18 panels of the Kennedy Center fence was so well received this past summer the Center decided to carry the project further, with the help of the Friends. Senator Saltonstall, a trustee of the Center and a member of the Friends, wrote to the Governors of the states, territories and trusts, asking each to contribute an 8' x 8' panel to be mounted on the fence, painted by children between the ages of 9 and 15. Mrs. Cyrus Vance has invited the Ambassadors in Washington to request their countries' participation. The panels will be mounted on the fence early in the spring, and are expected to remain for approximately 3 years. Mrs. Walter Pincus is helping locally with this project.



SPEAKERS BUREAU – Mrs. Eugene Carusi and Mrs. Frederick Mascioli are arranging to have speakers appear before various groups interested in knowing more about the Kennedy Center. Mrs. Carusi and Mrs. Mascioli anticipate that Regional Chairmen will have speakers in their areas. Information and slides of the Center and the interiors of its four theaters will be sent from Washington.

VISITORS INFORMATION CENTER – Mrs. Rudulph Ellis Carter and Mrs. Sidney Werkman are arranging for volunteer guides at the site where there will be an area in the old Watergate Inn with models of the Center. The Visitors Center will be open to the public in the Spring.



METROPOLITAN OPERA NATIONAL COMPANY – Co-sponsored by the John F. Kennedy Center for the Performing Arts and the Metropolitan Opera Association, is in its second tour season 1966-67. The picture at left shows Miss Rise Stevens, co-manager of the Company, with Congressman Wilbur D. Mills of Arkansas discussing the appearance of the Company in Little Rock.

CONGRESSIONAL COMMITTEE –
Mrs. William S. Moorhead, wife of the Congressman from Pittsburgh, and Mrs. William Thompson Finley, Jr. have arranged to have Miss Stevens come to Washington to tape interviews with Congressmen and Senators whose areas will be visited by the Company. The tapes are being sent to TV and radio stations across the country to promote the National Company. So far Miss Stevens has made tapes with seventeen Congressmen and eight Senators, and she will return this month to continue interviews covering the Company's tour throughout its final engagement in June. These tapes mention the Kennedy Center and its goals and the formation of the Friends of the Center and its supporting functions.

---

### ANNUAL MEETING

THERE WILL BE A MEETING IN THE SPRING, 1967, (date to be announced) OF THE NATIONAL MEMBERSHIP OF THE FRIENDS. MRS. DAVID BRINKLEY IS CHAIRMAN OF THE PROGRAM.

FIRST NEWSLETTER PUBLISHED BY THE FRIENDS OF THE KENNEDY CENTER
DETAILING THEIR PROJECTS IN PROGRESS, INCLUDING THE TOM SAWYER
PROJECT, COURTESY OF THE KENNEDY CENTER ARCHIVES



VIEW OF THE TOM SAWYER PROJECT FENCE PANELS WITH A SIGN MARKING THE
SITE OF THE NATION'S STAGE, 1967. PHOTO BY CAMPBELL PHOTO SERVICE,
COURTESY OF THE KENNEDY CENTER ARCHIVES

# PROGRAM

## The John F. Kennedy Center For The Performing Arts
## and
## The Friends Of The Kennedy Center

# Tom Sawyer Project

*A Presentation of the Panels at the Kennedy Center Site*

March 15, 1967

| | |
|---|---|
| Welcoming Remarks | His Excellency Sol M. Linowitz<br>The United States Ambassador to the<br>Organization of American States |
| Presentation of Panels | Mrs. Cyrus R. Vance<br>Vice Chairman, Tom Sawyer Project |

| | |
|---|---|
| Australia | Iraq |
| Belgium | Italy |
| Chile | Lesotho |
| China | Poland |
| France | Uruguay |
| Greece | Viet Nam |

| | |
|---|---|
| Acceptance of Panels | The Honorable Roger L. Stevens<br>Chairman, John F. Kennedy Center |
| Closing Remarks | Ambassador Linowitz |

(Refreshments will be served in the Inn)

TOM SAWYER PROJECT PROGRAM FOR A 1967 PRESENTATION OF PANELS FROM FOREIGN NATIONS, 1967, COURTESY OF THE KENNEDY CENTER ARCHIVES

In 1968, progress on the steel framing reached major milestones; Bethlehem Steel created two unique decorations for the "topping-out" ceremonies that would take place during the year. Topping-out ceremonies celebrate the completion of the steel structure of a building, which was a tradition that usually saw a tree or flag hoisted to the highest point of the steel structure. Instead, the Concert Hall block was topped with an 11-foot tall, 200-pound steel bass viol on January 29, 1968. Several months later, on September 30, 1968, the Eisenhower Theater structure was topped out with large steel drama masks in a ceremony that included performances by the U.S. Navy Band and was attended by Senator Edward Kennedy, Jean Kennedy Smith, and Mayor Walter Washington.



CHAIRMAN ROGER STEVENS SPEAKS DURING THE CONCERT HALL TOPPING-OUT CEREMONY WITH THE STEEL BASS VIOL VISIBLE AT LEFT, 1968. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES



SENATOR EDWARD KENNEDY, KENNEDY CENTER GENERAL DIRECTOR WILLIAM MCCORMICK BLAIR JR., AND JEAN KENNEDY SMITH WITH THE DRAMA MASK DECORATIONS ON THE EISENHOWER THEATER IN BACKGROUND, 1968. PHOTO BY

BERNIE BOSTON, WASHINGTON STAR, COURTESY OF THE KENNEDY CENTER ARCHIVES

Throughout the process of construction, the Kennedy Center received many gifts from foreign countries, including approximately 3,700 tons of marble from Italy to use for the interior and exterior of the building. The marble was provided by three quarries, including the Bufalini family's quarry in Carrara, and was transported across the Atlantic Ocean in over a dozen shipments. In this letter from 1963, Roger Stevens thanks the Ambassador to Italy for the nation's gift to the Center.

C O P Y

5 July 1963

His Excellency
Sergio Fenoaltea
Ambassador of Italy
Italian Embassy
Washington, D.C.

Dear Mr. Ambassador:

On behalf of the Board of Trustees of the National Cultural Center, I should
like to express my heartfelt gratitude to you, to your Government and, most
particularly, to the Italian people for the magnificent gift of marble you
have offered to the Center.

The Center is being built to serve this generation and the generations to
come.  Its purposes and programs must meet the years of the future, antici-
pate their demands and measure up to their opportunities.  To be worthy of
this goal, the building itself must be the finest that those charged with
its design and construction can make it.  I can think of no greater contri-
bution to this end than that the walls, floors and paving of this national
center for the performing arts should bear permanent testimony, both to your
country's gracious generosity and to the excellence of one of your national
products.

There are few American performers who have not drawn upon the culture of
Italy for inspiration.  For many centuries Italy has been unstinting in
sharing with us and the rest of the world its music and musicians, its art
and artists, its writing and writers.  I know that it will give you,
Mr. Ambassador, as representative of the Italian people, as much satisfaction
as it will all Americans, to know that another resource of your nation will
constitute a vital part of our National Cultural Center for all time to come.

Again, both the Board of Trustees and I extend our most grateful thanks.

Yours sincerely,

(Signed)

Roger L. Stevens
Chairman

Source: Kennedy Center Archives
(archives@kennedy-center.org)

LETTER FROM ROGER STEVENS TO THE AMBASSADOR OF ITALY REGARDING GIFT
OF ITALIAN MARBLE, 1963, COURTESY OF THE KENNEDY CENTER ARCHIVES



MARBLE CUT TO KENNEDY CENTER'S DIMENSIONS, C. 1960S. PHOTO BY STUDIO FOTOGRAFICO I. BESSI, COURTESY OF THE KENNEDY CENTER ARCHIVES



HARD HAT TOUR OF INTERIOR STRUCTURE OF KENNEDY CENTER, C. LATE 1960S. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES

Before the building was fully completed, the Friends of the Kennedy Center offered tours of the structure to visitors in what they referred to as "hard hat tours." These tours took place outside and inside the building, showing off the theaters still missing stages, seats, and even walls. The finishing touches, including foreign gifts of artwork, stage curtains, and chandeliers, were installed in 1970–1971.



TOUR OF THE GRAND FOYER DURING THE TIME THAT SWEDEN'S GIFT OF 18 ORREFORS CRYSTAL CHANDELIERS WERE BEING INSTALLED, C. EARLY 1970S. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES



PARTIALLY COMPLETED CONCERT HALL, C. EARLY 1970S. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES



PARTIALLY COMPLETED CONCERT HALL, C. EARLY 1970S. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES



INSTALLING THE STAGE OF THE OPERA HOUSE, 1971. PHOTO BY UNKNOWN PHOTOGRAPHER, COURTESY OF THE KENNEDY CENTER ARCHIVES

The first public use of the Kennedy Center was on May 17, 1971, for a gala fundraiser. The goal of this benefit, which featured the Meyer Davis Orchestra, was to raise money for the Center's specially priced ticket program for students, seniors, and patrons with fixed low incomes. A few months later, the acoustics in the Opera House were tested for an audience with a performance of *La traviata* by the New York City Opera.



TICKET FOR GALA FUNDRAISER, 1971, COURTESY OF THE KENNEDY CENTER ARCHIVES



JULIE NIXON EISENHOWER, HER HUSBAND, AND HER GRANDMOTHER AND FORMER FIRST LADY MAMIE EISENHOWER ATTEND THE GALA FUNDRAISER, 1971. PHOTO BY ASSOCIATED PRESS, COURTESY OF THE KENNEDY CENTER ARCHIVES



THE MEYER DAVIS ORCHESTRA PLAYS FOR GALA ATTENDEES IN THE GRAND FOYER, 1971. PHOTO BY HANS TREBOR ASSOCIATION, COURTESY OF THE KENNEDY CENTER ARCHIVES



TICKET FOR OPERA HOUSE ACOUSTIC TEST, 1971, COURTESY OF THE KENNEDY CENTER ARCHIVES

Seven years after the ground-breaking ceremony, the Kennedy Center officially opened with the premiere of Leonard Bernstein's *Mass: A Theatre Piece for Singers, Players and Dancers* on September 8, 1971, in the Opera House. The production was commissioned by former First Lady Jacqueline Kennedy for the opening and featured over 200 performers, onstage musicians and choirs, and choreography by Alvin Ailey. For a closer look at the history of the Kennedy Center, check out out interactive exhibit, *Art and Ideals: President John F. Kennedy* online and in person.

*Former Kennedy Center Archives intern Emma Zavodny also contributed to this post.*

**« Back to Posts**

## You May Also Like





## From the Archives: National Cultural Center Week (1962)

4 minute read

On Wednesday, October 16, the Kennedy Center will be participating in National Ask An Archivist Day,...

## The REACH: Where nature meets art

4 minute read

The Kennedy Center acknowledges that we are standing on the traditional land of the Nacotchtank and...



## Kennedy Center Campus tours: Then and now!

8 minute read

Beginning with hard hat tours before the Center's opening, the Friends of the Kennedy Center tours give guests an insider's look at the national culture center.

---

Copyright 1990-2026. All rights reserved.