# EXHIBIT 6

← Rentals / Theater Rentals

# Concert Hall

Renovated in 1997, the Concert Hall is the largest performance space in the Kennedy Center, seating 2,465. This state-of-the-art facility, which originally opened in 1971, sets new standards for accessibility and sound with a high-tech acoustical canopy, accessible locations on every level, and new seating sections (onstage boxes, chorister seats, and parterre seats). The 7 famous Hadeland crystal chandeliers, a gift from Norway, are repositioned to clear the field of view from the Second tier center. Behind the stage you will note the organ, a generous gift by Kennedy Center Chairman David M. Rubenstein, given on the occasion of the 40th anniversary of the Kennedy Center and the 80th anniversary of the NSO.

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.



## The Rubenstein Family Organ

The Rubenstein Family Organ has enough scale and heft to meet the orchestral demands for which the instrument is most needed — for those frequencies so slow they are just felt, and the sparkling brilliance the organ can offer above the frequencies the NSO can produce.

## Tour the Concert Hall

Take a virtual tour of the Concert Hall, home to the National Symphony Orchestra at the John F. Kennedy Center for the Performing Arts.

# Apply Now

Fill out an application to rent a theater at The Kennedy Center.

# Explore Additional Spaces

---

Copyright 1990-2026. All rights reserved.