# EXHIBIT 7

# Our Story

Welcome to the John F. Kennedy Center for the Performing Arts, a vibrant cultural hub that connects thousands of artists with millions of people each year — in person, online, and in their home communities.

## Explore Our Story



In 1958, President Dwight D. Eisenhower signed bipartisan legislation creating a National Cultural Center in the nation's capital. In November of 1962, President and Mrs. Kennedy launched a $30 million fundraising campaign for the Center's construction. Former

President Eisenhower and his wife Mamie participated in the event which demonstrated the bipartisan support for a world-class center for the performing arts in D. C. In 1963, President Kennedy signed legislation to extend the fundraising deadline for the Center.

Two months after President Kennedy's assassination, by an Act of Congress signed into law by President Lyndon B. Johnson on January 23, 1964, the nation's National Cultural Center was designated as a living memorial to President John F. Kennedy. By this Act, President Kennedy's devotion to the advancement of the performing arts in the United States was recognized.

**Our Mission**

# CENTERBLOG

Go behind the scenes at the Kennedy Center to explore the people, stories, and projects that bring the national cultural center to life.

LATEST POST







Sarina Benezra Bell · February 19th, 2026 · 7 minute read

# Orchestrated Lives: Charles Nilles

KC STORIES | ARTISTS' VOICES | NATIONAL SYMPHONY ORCHESTRA | CLASSICAL MUSIC

Each month, the National Symphony Orchestra spotlights a different staff member. This month, bass player Charles Nilles discusses Bassgiving,...



By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.




# An Immersive Exhibit

FREE ADMISSION 10 A.M. TO MIDNIGHT

***Art and Ideals: President John F. Kennedy*** is a major permanent exhibit in the massive roof-level Atrium that explores Kennedy's appreciation and promotion of the arts and why the Kennedy Center came to be the living memorial to him and his ideals.

# Explore Our History

See an interactive visual timeline of the Kennedy Center — from its conception in the late 1950s through the opening in 1971 and great moments leading up to today.

# Experience Our Future

On September 7, 2019, the Kennedy Center inaugurated its expanded campus with the opening of the REACH.

Across all that we do, the Kennedy Center strives to cultivate a culture of inclusiveness, in which our art and our audiences are as rich, diverse, and ever-changing as America itself. Whether you're visiting our campus in Washington, D.C., tuning in to our Digital Stage, or learning through our education programs, we invite you to experience, explore, and engage with the arts.



# A Year at the Kennedy Center

**2 million**
visitors

**1.6 million**
ticket buyers

**1.4 million**
students served

**2,200+**
performances & exhibits

**400+**
free performances & events

## Fast facts

- The Kennedy Center's operating budget is composed primarily of ticket revenue and private philanthropy. As a living memorial to President John F. Kennedy, the Kennedy Center receives an annual federal appropriation for capital repairs and maintenance of its facilities.
- The Kennedy Center has education and outreach programs in all 50 states and 29 countries.
- The Kennedy Center Friends is a 600-person strong volunteer corps representing 58 countries and speaking 27 languages.

# More About Us



## News Room

Get the latest press releases and media.



## Careers

Start or continue your career at The Kennedy Center.



## Rentals

Have your event at the Kennedy Center!



## Leadership

Meet our senior leaders and board.

Copyright 1990-2026. All rights reserved.