# EXHIBIT 8

EN



*Projects*

# John F. Kennedy Center for the Performing Arts

Washington, D.C.

EN




## Overview

Through design of the John F. Kennedy Center for Performing Arts, EDSA successfully created a powerful civic statement and forum for cultural events. With a stately entrance, raised planters, and pools that define a formal plaza, marble terraces overlooking the Potomac, and a promenade with islands of willows accented by fountains, this iconic facility is one of national prominence.



A system of pedestrian malls unifies the entire core into a park setting with public amenities that include a riverfront promenade, eating facilities, and outdoor terraces with views. Vehicular circulation and parking facilities were located underground.

As a sub-consultant to Edward Durell Stone, Sr., EDSA created the promenade and all external sitework treatments including plazas, entranceways, and landscape beautification of all roadways around the center and promenade.

EN

*Project Details*

VIEW ALL



## El Portal Tropical Rainforest Center

Rio Grande, Puerto Rico

READ MORE



## Fort Lauderdale Riverwalk

Fort Lauderdale, Florida

READ MORE



## West Lake Park

Hollywood, Florida

READ MORE