# EXHIBIT 10

TRUTH.



**Donald J. Trump**
@realDonaldTrump

At my direction, we are going to make the Kennedy Center in Washington D.C., GREAT AGAIN. I have decided to immediately terminate multiple individuals from the Board of Trustees, including the Chairman, who do not share our Vision for a Golden Age in Arts and Culture. We will soon announce a new Board, with an amazing Chairman, DONALD J. TRUMP! Just last year, the Kennedy Center featured Drag Shows specifically targeting our youth — THIS WILL STOP. The Kennedy Center is an American Jewel, and must reflect the brightest STARS on its stage from all across our Nation. For the Kennedy Center, THE BEST IS YET TO COME!

**14.8k** ReTruths **73.3k** Likes Feb 07, 2025, 5:27 PM