# EXHIBIT 11

TRUTH.

**Donald J. Trump**
@realDonaldTrump

I am pleased to announce that Ric Grenell will serve as the Interim Executive Director of The Kennedy Center. Ric shares my Vision for a GOLDEN AGE of American Arts and Culture, and will be overseeing the daily operations of the Center. NO MORE DRAG SHOWS, OR OTHER ANTI-AMERICAN PROPAGANDA — ONLY THE BEST. RIC, WELCOME TO SHOW BUSINESS!

**9.89k** ReTruths **52.1k** Likes Feb 10, 2025, 5:09 PM