# EXHIBIT 13

TRUTH.

**Donald J. Trump**
@realDonaldTrump

President Donald J. Trump was just unanimously elected Chairman of the Board of the prestigious Kennedy Center in Washington, D.C. The President stated, “It is a Great Honor to be Chairman of The Kennedy Center, especially with this amazing Board of Trustees. We will make The Kennedy Center a very special and exciting place!”

**10.8k** ReTruths **61k** Likes Feb 12, 2025, 2:41 PM