# EXHIBIT 14

The Kennedy Center

PRESS RELEASE

**FOR RELEASE:**
February 12, 2025

# Kennedy Center Board elects President Donald J. Trump as Board Chair

(WASHINGTON)—The John F. Kennedy Center for the Performing Arts announces executive leadership changes, effective immediately. At a Kennedy Center Board meeting this afternoon, the Board elected President of the United States Donald J. Trump as Kennedy Center Board Chair, replacing former Chair David M. Rubenstein. The Board also terminated Kennedy Center President Deborah F. Rutter's contract and announced Richard Grenell as interim Kennedy Center President.

Fourteen new Kennedy Center Board of Trustee members were also announced today including President Donald J. Trump, Susie Wiles, Dan Scavino, Allison Lutnick, Lynda Lomangino, Mindy Levine, Usha Vance, Pamela Gross, John Falconetti, Cheri Summerall, Sergio Gor, Emilia May Fanjul, Patricia Duggan, Dana Blumberg, bringing the total number of board members to 31. To view full list, please see here.

# # #

**PRESS CONTACT:**
Public Relations
publicrelations@Kennedy-Center.org