# EXHIBIT 17

**The Trump Kennedy Center**
@kencen

President Trump has given the Kennedy Center $257 million to renovate and restore America's Premiere Arts Institution to its glory.

The work has begun!

Today, we start refurbishing and re-painting the 200 iconic columns around the Kennedy Center with a new color - Site White.



6:01 PM · Sep 9, 2025 · **132.6K** Views