# EXHIBIT 20

# Statement from Kennedy Center Ex-Officio Board Members on Trump's Illegal Effort to Rename Arts Institution

DECEMBER 18, 2025 | PRESS RELEASE

*House Democratic Leader Hakeem Jeffries (D-NY-08), Senate Democratic Leader Chuck Schumer (D-NY), Senate Environment and Public Works Committee Ranking Member Sheldon Whitehouse (D-RI), Senator Mark Warner (D-VA), House Transportation and Infrastructure Ranking Member Rick Larsen (D-WA-02) and Congresswoman Joyce Beatty (D-OH-03)—all ex-officio members of the Kennedy Center Board of Trustees—issued the following statement after the Trump-appointed Board attempted to illegally rename the Center after Trump:*

WASHINGTON, D.C. – "Beyond using the Kennedy Center to reward his friends and political allies, President Trump is now attempting to affix his name to yet another public institution without legal authority. Federal law established the Center as a memorial to President Kennedy and prohibits changing its name without Congressional action. At today's meeting, a sitting Member of Congress was muted, and participants were prevented from speaking—actions that reflect a troubling lack of transparency and respect for the rule of law. This whole process displays the corruption that permeates the entire Trump Administration, and as ex-officio members of the Kennedy Center Board, we will be unwavering in our commitment to holding this Administration accountable."

###

CIVIL RIGHTS ELECTIONS AND VOTING RIGHTS LOCAL ISSUES

Sign up for an update from the Congresswoman

JOIN THE MAILING LIST

## OFFICE LOCATIONS


### Washington DC Office

2079 Rayburn House Office Building

Washington, DC 20515

**PHONE:** (202) 225-4324

**FAX:** (202) 225-1984

### Columbus District Office

471 East Broad Street

Suite 1100

Columbus, OH 43215

**PHONE:** (614) 220-0003

**FAX:** (614) 220-5640