# EXHIBIT 25

# CONGRESSWOMAN MCCLAIN DELANEY INTRODUCES LEGISLATION TO OVERTURN THE ATTEMPTED ILLEGAL RENAMING OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

Tuesday, December 23, 2025

Today, Congresswoman April McClain Delaney (MD-06) introduced two pieces of legislation to overturn the recent attempt to add President Trump's name onto the John F. Kennedy Center for the Performing Arts.

The first bill, the **Kennedy Center Protection Act**, would:

- Void the Kennedy Center Board of Trustees' unlawful December 18 vote to rename the Center;
- Require the removal of all signage or other identification including President Trump's name within 1 day of enactment;
- Clarify existing law to prohibit the Board from taking similar actions in the future; and
- Require a Report to Congress detailing any public or private funds used to implement the attempted name change.

The second bill, the **Federal Property Integrity Act**, would prohibit the renaming of any federal building, land, or other asset, in honor of a sitting President.

"Congress must stop the 'Trump branding' of our national treasures and memorials, particularly an institution which uplifts our national arts and commemorates the late President John F. Kennedy," **said Congresswoman McClain Delaney**. "And if it isn't clear enough, my second bill will ensure that no other federal landmark can ever be named in honor of a sitting President. It's past time that lawmakers drew a firm line to prevent these types of activities."

Cosponsors include Representatives Grijalva (AZ), Hayes (MA), and Larson (CT).

###

*For updates, follow Rep. McClain Delaney at @RepAprilDelaney.*

*Congresswoman April McClain Delaney was elected in 2024 to serve Maryland's 6th Congressional District, which encompasses all or part of Montgomery, Frederick, Washington, Allegany and Garrett Counties. In Congress, McClain Delaney is focused on improving US competitiveness and innovation, protecting our natural environment and championing policies that represent the values and priorities of Maryland's 6th District.*

**Issues:** Congress

## MEDIA

Press Releases

**Washington DC Office**
1130 Longworth House Office Building
Washington, DC 20515
Phone: (202) 225-2721

**Frederick District Office**
30 W. Patrick St. Suite 505
Frederick, MD 21701
Phone: (301) 926-0300
Fax: (443) 441-6277

APRIL McCLAIN DELANEY MD06

Enter keywords

## CONGRESS.GOV BILL SEARCH

Legislation:

Current Legislation

Search Term:

Examples: hr5, sres9, "health care"

SUBMIT QUERY