# EXHIBIT 26

CONGRESS.GOV

# H.Res.973 - Expressing the sense of the House of Representatives that the designation of the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts" constitutes a violation of Federal law, and for other purposes.

119th Congress (2025-2026) | Get alerts

**Sponsor:** Rep. Lynch, Stephen F. [D-MA-8] (Introduced 12/30/2025)
**Committees:** House - Transportation and Infrastructure
**Latest Action:** House - 02/02/2026 Referred to the Subcommittee on Economic Development, Public Buildings, and Emergency Management. (All Actions)
**Tracker:** Introduced | Agreed to in House

Summary(0) **Text(1)** Actions(3) Titles(1) Amendments(0) Cosponsors(10) Committees(1) Related Bills(0)

Listen

There is one version of the bill. **Text available as:** XML/HTML | Download XML (10KB) | TXT (9KB) | PDF (243KB)

**Shown Here:**
**Introduced in House (12/30/2025)**

119TH CONGRESS
1ST SESSION

# H. RES. 973

Expressing the sense of the House of Representatives that the designation of the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts" constitutes a violation of Federal law, and for other purposes.

IN THE HOUSE OF REPRESENTATIVES

DECEMBER 30, 2025

Mr. LYNCH submitted the following resolution; which was referred to the Committee on Transportation and Infrastructure

# RESOLUTION

Expressing the sense of the House of Representatives that the designation of the "Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts" constitutes

a violation of Federal law, and for other purposes.

Whereas Public Law 88–260, the John F. Kennedy Center Act enacted by Congress on a bipartisan basis in 1964, designated the National Cultural Center in Washington, DC, as the John F. Kennedy Center for the Performing Arts in honor of the dedication of President John F. Kennedy to the advancement of the welfare of mankind and the performing arts, in appreciation of his service with distinction as President of the United States and as a Member of the United States Senate and House of Representatives, and out of respect to the great loss endured by the Nation and the world as a result of his untimely death;

Whereas, in further dedication to the memory of President Kennedy, Congress expressly mandated that the John F. Kennedy Center for the Performing Arts shall be the sole national memorial to the late John Fitzgerald Kennedy located within the city of Washington and its environs;

Whereas, in signing Public Law 88–260, President Lyndon B. Johnson acknowledged that in life, President Kennedy actively participated in the development of the former National Cultural Center, considering that he “delighted not only in the classic forms through which our civilization has found expression, but also in the popular arts of today, with their variety, their humor, and the capacity to touch the lives of all of our people”;

Whereas President Johnson additionally recognized that designating the former National Cultural Center in memory and honor of President Kennedy was “entirely fitting” given that President Kennedy personally approved the design of the building and expressed the hope that he might see it completed during his term of office;

Whereas President Johnson further acknowledged that the John F. Kennedy Center for the Performing Arts “is not simply a Washington building” but rather a “national institution” that will endure to honor a great man and enrich American life;

Whereas the John F. Kennedy Center Act also expressly prohibits the designation and installation of additional memorials and plaques in the public areas of the John F. Kennedy Center for the Performing Arts;

Whereas, on February 7, 2025, President Donald J. Trump announced on social media that he would immediately terminate multiple individuals from the bipartisan Board of Trustees for the John F. Kennedy Center for the Performing Arts, including the Chairman, and install himself as Chairman;

Whereas a public statement subsequently released by the John F. Kennedy Center for the Performing Arts on February 7, 2025, stated that “this would be the first time such action has been taken with the Kennedy Center’s Board”;

Whereas, on February 12, 2025, the revised Board of Trustees, now consisting of more than 30 individuals solely appointed by President Trump, voted to designate President Trump as Chairman and replace the President of the John F. Kennedy Center for the Performing Arts with an Interim President, Richard A. Grenell, former Acting Director of National Intelligence under President Trump;

Whereas, on December 18, 2025, White House Press Secretary Karoline Leavitt announced on social media that the revised Board of Trustees for the John F. Kennedy Center for the Performing Arts had "unanimously" voted to redesignate the building as the Trump-Kennedy Center;

Whereas several Members of Congress who also serve as ex-officio members of the Board of Trustees, including the Democratic Leader of the House of Representatives, subsequently reported that during the Board of Trustees meeting leading up to the vote, meeting participants were prevented from speaking, with one ex-officio member and Member of Congress even muted and not permitted to voice opposition to the building redesignation;

Whereas, on December 19, 2025, new signage redesignating the John F. Kennedy Center for the Performing Arts as "The Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts" was installed on the building exterior absent congressional authorization;

Whereas, since taking office on January 20, 2025, President Trump has sought to terminate millions of dollars in Federal arts and humanities grants that Congress previously enacted on a bipartisan basis;

Whereas, in 2025, President Trump canceled more than 500 congressionally appropriated grants administered by the National Endowment for the Arts, terminating Federal funding directed to State and local art agencies, educational institutions, community theaters, and other organizations and individuals that support arts education nationwide and leading to the departure of every discipline director at the agency;

Whereas, in 2025, President Trump canceled more than 1,400 congressionally appropriated grants administered by the National Endowment for the Humanities, terminating Federal funding for State humanities councils, schools, libraries, and nonprofit organizations that seek to expand public accessibility to humanities programs such as teacher training, historical lectures, adult education, book festivals, and art exhibitions;

Whereas the Fiscal Year 2026 Budget submitted by President Trump to Congress proposed the outright elimination of the National Endowment for the Arts, the National Endowment for the Humanities, and the Institute of Museum and Library Services;

Whereas, in 2025, President Trump has implemented sweeping staffing cuts undermining the critical missions of Federal arts and education agencies, including mass layoffs

affecting more than two-thirds of the workforce at the National Endowment for the Humanities; and

Whereas, according to the nonpartisan American Alliance for Museums, in 2025, one-third of American museums have already reported canceled Federal Government grants or contracts, including funding administered by the National Endowment for the Arts, the National Endowment for the Humanities, and the Institute of Museum and Library Services, with many institutions forced to cancel critical facility improvements and public programing for students, rural communities, individuals with disabilities, seniors, and veterans: Now, therefore, be it

*Resolved,* That it is the sense of the House of Representatives that—

(1) the designation of “The Donald J. Trump and the John F. Kennedy Memorial Center for the Performing Arts” by the Board of Trustees constitutes a violation of Federal law and contravenes the express intent of Congress to solely honor, with a national monument, President John F. Kennedy and his appreciation and promotion of the arts;

(2) the original signage for the John F. Kennedy Center for the Performing Arts should be immediately restored; and

(3) all officers and members appointed by President Trump to the Board of Trustees should promptly resign their positions.