# EXHIBIT 29

# Kennedy Center: An Updated List of Every Artist Who's Canceled

More than 15 major artists have opted against playing at the prestigious Washington, DC venue



*Kennedy Center, photo by Guillermo Olaizola / Shutterstock*

**Consequence Staff**
January 5, 2026 | 12:40pm ET

Add as a preferred source on Google

Staff Picks: Best Songs of the Week March 20th - March 27th
March 27, 2026

Metallica's Sphere Residency Is Sold Out — Here's How You Can Still Get Tickets
March 6, 2026

Staff Picks: Best Songs of the Week February 28th – March 6th
March 6, 2026

Donald Trump has made the Kennedy Center one of his pet projects since beginning his second term in January 2025; he purged the board of trustees, installed himself as chairman, and backed new bylaws, paving the way for new "non-woke" programming and a fresh, legally dubious rebrand as "The Donald J. Trump and The John F. Kennedy Memorial Center for the Performing Arts." He also reimagined the prestigious Kennedy Center Honors by personally involving himself in the ceremony — not only hand-selecting this year's honorees, but also serving as the emcee.

Numerous artists have responded to Trump's takeover of the Kennedy Center by canceling scheduled appearances at the venue. *Wicked* composer Stephen Schwartz, who was set to host the 2026 Washington National Opera Gala, said the Kennedy Center "no longer represents the apolitical place for free artistic expression it was founded to be."

So far, more than 10 artists have pulled out of their Kennedy Center engagements, and more are sure to follow. Below, you can find an updated list of those cancelations.

In a post to social media, Kennedy Center president Ric Grenell said "the artists who are now canceling shows were booked by the previous far left leadership. Their actions prove that the previous team was more concerned about booking far left political activists rather than artists willing to perform for everyone regardless of their political beliefs."

— **Washington National Opera** severed ties with the Kennedy Center after 55 years.

## Artists Who've Canceled Shows At the Kennedy Center Since Trump's Takeover

— ***Hamilton***: a touring production of the Broadway musical canceled its run at the Kennedy scheduled between March 3rd and April 26th.

— **Philip Glass**: the acclaimed composer withdrew the premiere of his new symphony.

— **Chuck Redd**: the leader of the Kennedy Center's annual "Jazz Jams" Christmas concert since 2006 canceled the 2025 staging of the show. Kennedy Center leadership is now seeking $1 million in damages from Redd.

— **The Cookers**: the jazz supergroup canceled a pair of shows scheduled for New Year's Eve 2026.

— **Stephen Schwartz**: the *Wicked* composer withdrew as host of the Washington National Opera Gala set for May 16th, 2026. A representative for the Kennedy Center denied that Schwartz was ever officially booked for the gig, even though tickets listing his name were for sale on the center's website.

— **Renée Fleming**: the legendary sopranist canceled two concerts with the National Symphony Orchestra scheduled in May.

— **Issa Rae**: the *Insecure* star canceled a sold-out March 16th, 2025 stop of her "An Evening With Issa Rae" tour at the Kennedy Center.

— **Béla Fleck**: the Grammy-winning banjoist canceled a trio of concerts with the National Symphony Orchestra scheduled for February 2025.

— **Rhiannon Giddens**: the Grammy-winning musician canceled a May 11th, 2025 concert at the Kennedy Center.

— **Low Cut Connie**: the Philadelphia rockers called off a February 2025 performance at the Kennedy Center.

— **Peter Wolf**: the artist canceled a book launch event set at the Kennedy Center in March 2024.

— **Kristy Lee**: the country singer canceled a concert scheduled for January 14th, 2026 at the Kennedy Center.

— **Sonia De Los Santos**: The Grammy-nominated children's performer has canceled a pair of concerts scheduled in February 2026.

— **Martha Graham Dance Company**: America's oldest dance troupe has canceled a concert scheduled in April 2026.

— **Doug Varone and Dancers**: the dance troupe will no longer perform at the Kennedy Center in April 2026.

— **Balún**: the electronic indie band canceled a February 2025 concert at the Kennedy Center.

— **Amanda Rheaume**: the Canadian musician scrapped an April 2025 concert at the Kennedy Center.

## Additionally...

— **Renée Fleming** and **Ben Folds** stepped down as artistic advisors as the Kennedy Center, while **Shonda Rhimes** resigned from the center's board of trustees.

**More on this topic**

- Donald Trump