# EXHIBIT 32

The Kennedy Center
Press Release

**FOR RELEASE:**
May 2, 2024
Photos located here

**The John F. Kennedy Center for the Performing Arts**
**announces**

# New Additions to Executive Team

**Kimberly Cooper, Senior Vice President of Marketing**
**Matt Floca, Vice President of Facilities**
**Frederick Owusu, Chief Human Resources Officer**
**Aswathi Zachariah, Executive Vice President & General Counsel**



*Left to Right: Cooper, Floca, Owusu, Zachariah*

(WASHINGTON)—Three top-level area executives have joined the Kennedy Center's leadership team: **Kimberly Cooper** as Senior Vice President of Marketing, **Matt Floca** as Vice President of Facilities, and **Frederick Owusu** as Chief Human Resources Officer. Ms. Cooper and Mr. Floca joined the Center in January, and Mr. Owusu begins in his new position on May 6. Additionally, **Aswathi "Ash" Zachariah**, who has served as the Center's General Counsel since 2022, has been promoted to a newly expanded role, Executive Vice President & General Counsel, in which she will oversee Information Technology, Human Resources, Government Relations, and Operations, in addition to the Office of General Counsel. *The search process for Mr. Owusu's position was facilitated by the executive search firm, Nonprofit HR.*

"While they each come to us as distinguished experts in their respective fields, our newest executive team members—Kim, Matt, and Fred—are bound by a passionate enthusiasm for the performing arts and a fervent belief that our living presidential memorial is a gift to be shared with our region, our country, and our world," commented Kennedy Center President Deborah F. Rutter.

*more*

"Over the last two years, Ash has proven to be an invaluable, highly capable partner to me and the board of trustees—with both wisdom and results extending well beyond the work of legal counsel. Ash's strategic mind and deep knowledge of our business operations, not to mention her natural ability to lead and motivate cross-departmental teams, will make her very effective in this expanded role. I very much look forward to this group's thought partnership and leadership as we grow programming and audiences, modernize our systems and campus, attract and develop our professional staff, and serve our communities."

**Kimberly Cooper (Senior Vice President, Marketing)**
With a career spanning over two decades in marketing leadership, Kimberly Cooper has left an indelible mark on globally recognized brands. She held pivotal roles at Kraft Foods/Oscar Mayer, Walt Disney World, Nestle USA, Hilton Corporation, and most recently, Amazon Project Kuiper. Throughout her career, Kimberly has been an innovation catalyst.

At Amazon Project Kuiper, Kimberly led Small Business and Consumer Marketing, shaping the Go-To-Market strategy for the low Earth orbit (LEO) satellite broadband network. Her objective was to provide fast and affordable internet to underserved communities, setting a new benchmark in connectivity solutions.

Before Amazon, Kimberly served as Senior Marketing Director for Global Lifestyle, Food, and Beverage Brand Marketing at Hilton. Here, she defined and executed marketing strategies and multi-channel campaigns for new Lifestyle brands, elevating Hilton's experiences.

Kimberly's impactful tenure at Nestle included an Expat Assignment at Nestle HQ in Switzerland, where she led Innovation and Brand Strategy. At Nestle, Kimberly drove the evolution of iconic brands like Nesquik and spearheaded the launch of innovative ventures such as Glowelle and Nescafe Dolce Gusto.

Kimberly holds a bachelor's degree in advertising from Howard University and an MBA in Marketing from the University of Wisconsin – Madison. Beyond her professional achievements, Kimberly is an active member of community organizations like Delta Sigma Theta Sorority, Inc., and Jack and Jill of America, Inc. She resides in Loudoun County, Virginia, with her beloved family and dedicates her time to staying active with Peloton, exploring new destinations, and giving back to her community.

Kimberly's journey is defined by her passion for excellence and her dedication to making a positive impact in both business and society.

**Matt Floca (Vice President, Facilities)**
Matt Floca is an experienced facilities management professional with a construction management background and an appreciation for whole building design principles. His devotion to improving properties across the District of Columbia's portfolio of public buildings has resulted in a comprehensive understanding of the built environment and efficient building management practices. His knowledge spans all facets of the real estate industry, from development and planning to management and maintenance. With this collective experience, Matt effectively and efficiently manages buildings of all types and complexities.

As the Vice President of Facilities at the John F. Kennedy Center for the Performing Arts, Matt leads a dedicated team of facility managers, security specialists, operations personnel, and project managers. Their work enables the Center to fulfill its mission of being a vibrant cultural hub for the presentation of first-class performing arts and a living memorial to the late President John F. Kennedy.

He holds a bachelor of science in construction management from Louisiana State University and lives in Washington, D.C., with his family.

**Frederick Owusu (Chief Human Resources Officer)**
Fred Owusu is a progressive and visionary human resources professional with more than 25 years of experience in both the public and private sectors. As an authentic leader, he has successfully driven innovative HR initiatives, programs, and strategies aligning with business objectives. With a deep content knowledge and experience in compliance, Fred excels in maximizing employee performance, efficiency, and engagement, consistently earning trust as a trusted advisor to executives on complex HR and employee issues.

Throughout his career Fred has demonstrated a proven track record in strategic HR leadership, contributing over two decades of experience across diverse industries, including local government, healthcare, and academia. His expertise spans planning, organizing, and directing all HR activities, advising leaders on compliance with employment laws, fostering inclusive communities, and implementing creative practices to enhance talent acquisition, succession planning, labor relations, and performance management.

Fred's extensive professional experience includes roles such as Executive Director of Human Resources at Johns Hopkins Medicine – Sibley Memorial Hospital, Assistant Dean of Human Resources at UCLA, and Chief Human Resources Officer at Gateways Hospital & Mental Health Center. He has also served as Vice President of Human Resources at Hennepin County Medical Center (HCMC).

Fred holds a juris doctorate from Mitchell Hamline School of Law, a masters of healthcare administration from the University of Minnesota, and a bachelor of arts in political science from Mount Saint Mary's University. He actively engages in community leadership, having served as a board member for organizations such as Coachella Valley Volunteers in Medicine, Palm Springs Area Black Chamber of Commerce, and Twin Cities Catholic Charities. Additionally, Fred is a member of the American Health Lawyers Association, SHRM, and a former member of the Ghana National Track and Field Olympic Team.

**Aswathi Zachariah (Executive Vice President & General Counsel)**
Aswathi Zachariah joined the John F. Kennedy Center for the Performing Arts in April, 2022 as General Counsel and member of the senior management team, overseeing the legal and related business affairs of the Kennedy Center, the National Symphony Orchestra, and the Washington National Opera as well as providing strategic and governance counsel to senior leaders and their respective boards.

As Executive Vice President and General Counsel, Aswathi's role expands to provide oversight and counsel to certain critical areas of the Kennedy Center including Government Relations, Human Resources, Information Technology, and Operations.

Aswathi has spent much of her legal career representing and advocating for Creatives in arts and culture spaces. Before joining the Kennedy Center, Aswathi served as General Counsel for the Inter-American Foundation (IAF), a U.S. federal agency that supports community-led development in Latin America and the Caribbean. Prior to joining IAF, Aswathi was an Associate General Counsel for the National Endowment for the Arts, a federal agency advancing arts and artists across the United States. Aswathi also practiced law at the D.C. firm, Arent Fox, for a number of years where her focus was real estate and corporate transactional law. Aswathi is a Certified Public Accountant (CPA) and worked in the audit practice at PwC with a focus on quasi-governmental clients and those in the financial sector, prior to attending law school.

Aswathi earned her law degree from the University of Denver, Sturm College of Law and her undergraduate degree from the University of Colorado at Boulder, Leeds School of Business. She grew up just outside of Denver, Colorado, and has spent much of her professional career in Washington, D.C., where she resides with her family.

**About The Kennedy Center**

The John F. Kennedy Center for the Performing Arts is America's living memorial to President John F. Kennedy, attracting millions of visitors each year to more than 2,000 performances, events, and exhibits. With its artistic affiliates, the National Symphony Orchestra and Washington National Opera, the Center is one of the nation's busiest performing arts centers dedicated to providing world-class art, powerful education, and outstanding memorial experiences to the broadest possible constituency. Across all its offerings, the Kennedy Center is committed to increasing accessible, inclusive opportunities for all people to participate in, and learn through the arts, including more than 400 free performances each year and a variety of Specially Priced Ticket programs for students, seniors, persons with disabilities, and others. On September 7, 2019, the Kennedy Center inaugurated the REACH, its first-ever major expansion. Designed by Steven Holl Associates, the REACH provides visitors with new opportunities to interact and engage with the Center as the nation's premier nexus of arts, learning, and culture. On

September 8, 2022, the Kennedy Center unveiled Art and Ideals: President John F. Kennedy, a new 7,500-square foot permanent exhibit exploring Kennedy's presidency and his commitment to the arts.

For more information about the Kennedy Center, please visit our website.

Discover the Kennedy Center on social media:

@KennedyCenter @kennedycenter @kennedy.center @kencen

###

**PRESS CONTACT:**
Eileen Andrews
(202) 416-8448
etandrews@kennedy-center.org