# EXHIBIT 36

National Capital Planning Commission
401 9th Street, NW Suite 500, North Lobby
Washington, DC 20004
Tel: (202) 482-7200
www.ncpc.gov

**COMMISSION MEETING – OPEN SESSION AGENDA**

April 2, 2026 – 1:00 PM

**LOCATION: HYBRID VIA ZOOM OR IN PERSON AT NCPC'S OFFICE**

*Commissioners and NCPC staff will be in person. The public and project applicants can participate in this NCPC Commission meeting either online or in person. Further details are provided on NCPC's website, www.ncpc.gov.*

*Please note that all NCPC visitors are now subject to full security screenings, including bag checks and metal detector screenings. Please allow extra time for this process when visiting NCPC's office. Further details are available on NCPC's website.*

| Time | Agenda Number | File Number | Item |
|---|---|---|---|
| 1:00 PM | 1 | | Commission Roll Call . . . . . . . . . . . . . . . . . . . . Meghan Hottel-Cox |
| | 2 | | Elect a Vice Chair . . . . . . . . . . . . . . . . . . . . . . . William Scharf |
| | 3 | | Approve Third Member of the Executive Committee . . . . . . . . . . . . . . . .William Scharf |
| | 4 | | Report of the Chairman . . . . . . . . . . . . . . . . . . . William Scharf |
| | 5 | | Report of the Executive Director . . . . . . . . . . . . Marcel Acosta |
| | 6 | | Legislative Update . . . . . . . . . . . . . . . . . . . . . . . .Meghan Hottel-Cox |
| | 7 | | **UNFINISHED BUSINESS ITEM – No Presentation** |
| | 7A | 8733 | Executive Residence at the White House, 1600 Pennsylvania Avenue, NW, Washington, DC – East Wing Modernization Project<br><br>(Commission action requested: approval of preliminary and final site and building plans pursuant to 40 U.S.C. § 8722(b)(1) and (d)) Note: The presentation and public testimony on this item were heard at the March 5, 2026 NCPC public meeting; no additional public testimony will be heard or comments accepted. At this meeting, the Commission will deliberate and then vote. |
| | 8 | | **CONSENT CALENDAR ITEM – No Presentation** |
| | 8A | MP215 | United States Department of Defense, Department of the Navy, 4251 Suitland Road, Suitland, Maryland – Naval Support Facility Suitland - Draft Area Development Plan and Transportation Management Plan Updates |

| Time | Agenda Number | File Number | Item |
|---|---|---|---|
| | 9 | | **ACTION ITEMS – With Presentation** |
| | 9A | 8721 | Mayor of the District of Columbia, 2400 East Capitol Street, NE, Washington, DC – New Stadium at RFK Campus<br><br>(Commission action requested: approval of preliminary site and building plans pursuant to 40 U.S.C. § 8722(b)(1))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . Laura Shipman |
| | 9B | 7509 | National Capital Planning Commission, Pennsylvania Avenue between 3rd and 15th Streets, NW, Washington, DC – A New Plan for Pennsylvania Avenue<br><br>(Commission action requested: approval of comments on design concepts for the New Plan for Pennsylvania Avenue pursuant to 40 U.S.C. § 8711(e)(2); Memorandum of Agreement, § V, 61 Fed. Reg.41789, 41791 (August 12, 1996); and the General Agreement re: the Pennsylvania Avenue Initiative, § III.B (July 13, 2023))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . Karin Schierhold |
| | 9C | 8754 | United States Department of the Interior, National Park Service, Arlington, Virginia – George Washington Memorial Parkway Vista Management Plan<br><br>(Commission action requested: approval of comments on concept plans pursuant to 40 U.S.C. § 8722(b)(1))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . Michael Weil |
| | 9D | 8763 | Executive Office of the President, 472 15th Street, NW, Washington, DC – White House Visitor Screening Facility<br><br>(Commission action requested: approval of comments on concept plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Lee Webb |
| | 9E | 8732 | Smithsonian Institution, 3001 Connecticut Avenue, NW, Washington, DC – National Zoological Park Construct New Arabian Leopard Habitat<br><br>(Commission action requested: approval of preliminary site and building plans pursuant to 40 U.S.C. § 8722(b)(1) and (d))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Jamie Herr |

| Time | Agenda Number | File Number | Item |
|---|---|---|---|
| | 9F | 8753 | United States Department of Defense, Department of the Navy, Magazine Road, SW, Washington, DC – Naval Research Laboratory P-250 Biomolecular Science and Synthetic Biology Laboratory<br><br>(Commission action requested: approval of comments on concept plans pursuant to Public Law 93-166, Section 610(a))<br><br>Presentation . . . . . . . . . . . . . . . . . . . . . . . . . . . . Laura Shipman |
| 5:00 PM | | | **ADJOURN** |