# EXHIBIT 37

The Trump Kennedy Center

# Support Us

The Kennedy Center believes everyone has the right to enjoy, create, and experience the arts! Your support helps make it happen.

## Explore Support Us







## Volunteer

Give the gift of time by becoming a volunteer.



## Celebrate

Support our artistic and educational programs across the country when you attend special gala events.



# Why we need your support...

Since 1971, the Kennedy Center has served as President Kennedy's living memorial, working to fulfill his vision to connect more Americans to the arts—and we need your support.

**Any federal appropriations we receive can only be used for the maintenance and operation of the building**. This means each year we must raise more than $80 million to support the performances, programming, and educational opportunities that bring the arts to millions of people here in DC and around the world. It is **only** because of supporters like you that the Kennedy Center is able to provide the educational resources, digital content, and performances that make the arts come alive!

# Your Impact

The Kennedy Center is committed to ensuring everyone, both in DC and around the nation, has a community rich in the performing arts. The support of our donors makes it happen! Here's just some of what we accomplished together in the last season:

400+

free events at the Kennedy Center

1,500+

performances and activities at the Kennedy Center

1.3M+

703,457

students reached through school and community programs

audience members reached through performances, productions, and career development programs

1,691

artists engaged by our Social Impact team

1.1M+

users accessed resources on the Kennedy Center Education website

3,551

partner schools and universities (including 1,448 Title 1 schools) attended or hosted performances

240

student artists trained through Kennedy Center career development programs

24,495

people attended our Social Impact

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.

# Thank You

With gratitude we recognize our board members and donors. Thank you for your belief that the performing arts are a vital part of the human experience.

## Corporate Giving and Sponsorships

Corporate gifts are an important part of the Center's funding, through both membership in the Corporate Fund and sponsorship opportunities, providing ample options for

exposure and activation.



## Give the gift of Membership

With benefits including access to exclusive content, discounts, and Ticket Priority, a Kennedy Center Membership is the perfect gift for any arts lover in your life.

## Other Ways to Give

### Honorary & Memorial

Honor someone through a gift to the Kennedy Center by contacting us at Legacy@Kennedy-Center.org or (202) 416-8041, or click here to make a gift in memory of someone.

### Legacy Gifts

Make the Kennedy Center a part of your legacy by leaving a gift in your will, or making a gift today that provides you income for life and potential tax benefits.

### Corporate Giving

Corporations can provide vital ongoing support through membership in the Corporate Fund and personalized sponsorship opportunities.

### Other Options

The Center is happy to accept contributions via your preferred donation channel, such as check, gifts of stock, wire transfer, or Donor Advised Funds.

## Contact Us

**Frequently Asked Questions & Resources**

**Development Office**
Contribute@kennedy-center.org
(202) 416-8310

Monday - Friday, 9 a.m. - 5 p.m.

Other contact information

Copyright 1990-2026. All rights reserved.