# EXHIBIT 38

# A Living Memorial

**FREE DAILY ADMISSION 10 A.M. TO MIDNIGHT**

***Art and Ideals: President John F. Kennedy*** is a major permanent exhibit in the massive roof-level JFK Gallery that explores Kennedy's appreciation and promotion of the arts and why the Kennedy Center came to be the living memorial to him and his ideals.

Washington D.C. hosts many memorials to past presidents. But only one comes alive with over 2,000 events a year: The John F. Kennedy Center for the Performing Arts.

**Close**

The memorial to our first president George Washington is an iconic obelisk, the tallest structure in the nation's capital. The memorial to President Lincoln is designed in the style of an Ancient Greek temple, and features a marble statue of the "Great Emancipator."

The memorial to JFK is quite different. It's a place full of people — artists and audiences — who come here 365 days a year to be inspired. Our memorial also comes alive for visitors who take one of our free tours of the Kennedy Center building, the REACH, or Campus Highlights.

By an act of Congress — Public Law 88-260 signed into law by President Lyndon B. Johnson — it was originally planned to be called The National Cultural Center. But in January of 1964, it officially became the John F. Kennedy Center for the Performing Arts.

On January 23, 1964, President Johnson said, "All those who worked in this cause can now know that they are not only honoring the memory of a very great man, but they are enriching our whole American life."

President Kennedy was not an artist. He was a champion of the arts. "If art is to nourish the roots of our culture, society must set the artist free to follow his vision wherever it takes him," he said in 1961. "We must never forget that art is not a form of propaganda; it is a form of truth."

He recognized that if the United States was to continue to grow and flourish, it would have to continue to develop its culture, declaring, "To further the appreciation of culture among all the people. To increase respect for the creative individual, to widen participation by all the processes and fulfillments of art — this is one of the fascinating challenges of these days."

His time in office was all too brief. But in those 35 months, President Kennedy brought us safely through the Cuban Missile Crisis. He began the political work that led to the passage sweeping civil rights legislation. And he set the goal that pointed us toward the moon.

But perhaps his greatest achievement was to be a visionary leader who understood the value of supporting the visions of others; that enriching and supporting the arts was the means to make our nation into the best version of herself. With his

eyes always on the future, he said in 1961, "I look forward to an America which will not be afraid of grace and beauty."

# Remembering President Kennedy

We mark with reverence the 60th anniversary of the death of President John F. Kennedy with a performance of Barber's *Adagio for Strings*.

*"The life of the arts…is very close to the center of a nation's purpose" – JFK*

## "…ask what you should do for your country."

These clips demonstrate why President Kennedy is considered one of the finest orators in modern history to reside at 1600 Pennsylvania Avenue. Witness these iconic moments that have reverberated throughout history.



# Art Knows No National Boundaries

He was a statesman who recognized that culture and art are the true hallmarks of a flourishing society.

In this televised speech from 1962, President Kennedy eloquently explains the power of art to build “bridges between peoples” reminding us “that the forces that unite are deeper than those that divide.”

President John F. Kennedy's
The Trump Kennedy Center
Watch on

President Kennedy's Full Inaugural Address
14:55

JFK Historic Videos - Ich Bi
The Trump Kennedy Center
Watch on

"Ich Bin Ein Berliner"
5:01

JFK Historic Videos - Test E
The Trump Kennedy Center
Watch on

Nuclear Test Ban Treaty
2:12

JFK Historic Videos - Ask N
The Trump Kennedy Center
Watch on

Ask Not What Your Country Can Do For You
4:31



# Who Was JFK?

No one expected him to become president. He had too much stacked against him. His religion. His youth. His background.

But John F. Kennedy never balked in the face of struggle. His unflagging spirit carried him to the White House, and to one of the most iconic presidencies in the history of our nation. This exclusive film tells that story.

## “We must be bold.”

It was President Kennedy’s boldness that led us to do something humans have considered ever since they walked upright: travel 238,900 miles through the darkness of space to walk on the surface of the moon.

In Houston, Texas, on September 12, 1962, President Kennedy declared, “We choose to go to the moon in this decade and do the other things, not because they are easy, but because they are hard, because that goal will serve to organize and measure the best of our energies and skills, because that challenge is one that we are willing to accept, one we are unwilling to postpone, and one which we intend to win.”

Fewer than seven years later, on July 20, 1969, Neil Armstrong made good on President Kennedy’s promise when he became the first person to set foot on the moon.

By using this site, you agree to our Privacy Policy and Terms & Conditions which describe our use of cookies.

Watch on

Watch on

Shooting for the Moon
1:21

Speech to Congress
1:45



# “Our desire to live in peace, our desire to be of help.”

At the height of the Cold War, President Kennedy had the vision to found a new organization dedicated to peace: the Peace Corps, a global service organization, staffed by young people. This revolutionary enterprise combined the ideals of service and cultural exchange, and transformed the lives of countless people.



# "A great change is at hand."

For President Kennedy, the battle to grant civil rights to African-Americans wasn't simply a moral struggle, it was a legal necessity and a constitutional imperative. He used all his political will to create the legislation to end the legal practices of segregation.

After his assassination on November 22, 1963, his successor, President Johnson, secured the passage of the Civil Rights Act of 1964.

## Visit the Memorial by taking a Free Tour

Sites to contemplate JFK at the Kennedy Center




6/8

**Engraving:**

"I see little of more importance to the future of our country and our civilization than the full recognition of the place of the artist."

*President John F. Kennedy, Amherst College, October 26, 1963*




7/8

**Engraving:**

"Our most basic common link is that we all inhabit this small planet. We all breathe the same air. We all cherish our children's future. And we are all mortal."

*President John F. Kennedy, Commencement address at American University, June 10, 1963*



8/8

**NEW PERMANENT EXHIBIT:**

***ART AND IDEALS: PRESIDENT JOHN F. KENNEDY***

Located in the heart of President Kennedy's living memorial, this immersive



1/8

**The John F. Kennedy Bust**

From the steps of the Opera House one has a commanding view of the Grand Foyer including the

exhibit uses the latest in digital technology to explore how the arts infused and informed the Kennedy presidency. As part of the experience, three scavenger hunts are available at each entrance for elementary, middle school, and young adults.

*Visitors explore one of the interactive elements in the exhibit.*

eight foot bronze bust of President John F. Kennedy. The 3,000 pound bust, designed and created by American sculptor Robert Berks, reminds us that the nation's premiere performing arts center also stands as a living memorial to our 35th president, John Fitzgerald Kennedy.

Flanking the bust on each side is an interactive exhibit entitled John F. Kennedy, His Life and Legacy. The exhibit provides visitors with a wealth of audiovisual information about Kennedy's career, his accomplishments, and his most memorable speeches.




2/8

**Engraving:**

"I look forward to an America which will reward achievement in the arts as we reward achievement in




3/8

**Engraving:**

"This country cannot afford to be materially rich and spiritually poor."

business or statecraft. I look forward to an America which will steadily raise the standards of artistic accomplishment and which will steadily enlarge cultural opportunties for all of our citizens. And I look forward to an America which commands respect throughout the world not only for its strength but for its civilization as well."

*President John F. Kennedy, Amherst, Massachusetts, October 26, 1963*

*President John F. Kennedy, State of the Union Message, January 14, 1963*

"To further the appreciation of culture among all the people. To increase respect for the creative individual, to widen participation by all the processes and fulfillments of art — this is one of the fascinating challenges of these days."

*President John F. Kennedy, "The Arts in America," Look, December 18, 1962*







4/8 **Engraving:**

"I look forward to an America which will not be afraid of grace and beauty."

*President John F. Kennedy, Amherst College, October 26, 1963*

5/8 **Engraving:**

"There is a connection, hard to explain logically but easy to feel, between achievement in public life and progress in the arts. The age of Pericles was also the age of Phidias. The age of Lorenzo de Medici

"I am certain that after the dust of centuries has passed over our cities, we, too, will be remembered not for victories or defeats in battle or in politics, but for our contribution to the human spirit."

*President John F. Kennedy, on behalf of the National Cultural Center which would come to bear his name November 29, 1962*

was also the age of Leonardo da Vinci, the age of Elizabeth also the age of Shakespeare, and the new frontier for which I campaign in public life, can also be a new frontier for American art."

*President John F. Kennedy, in a letter to Miss Theodate Johnson, Publisher, Musical America, September 13, 1960*




6/8 **Engraving:**

"I see little of more importance to the future of our country and our civilization than the full recognition of the place of the artist."

*President John F. Kennedy, Amherst College, October 26, 1963*




7/8 **Engraving:**

"Our most basic common link is that we all inhabit this small planet. We all breathe the same air. We all cherish our children's future. And we are all mortal."

*President John F. Kennedy, Commencement address at American University, June 10, 1963*



8/8

**NEW PERMANENT EXHIBIT:**

***ART AND IDEALS: PRESIDENT JOHN F. KENNEDY***

Located in the heart of President Kennedy's living memorial, this immersive exhibit uses the latest in digital technology to explore how the arts infused and informed the Kennedy presidency. As part of the experience, three scavenger hunts are available at each entrance for elementary, middle school, and young adults.

*Visitors explore one of the interactive elements in the exhibit.*



1/8

**The John F. Kennedy Bust**

From the steps of the Opera House one has a commanding view of the Grand Foyer including the eight foot bronze bust of President John F. Kennedy. The 3,000 pound bust, designed and created by American sculptor Robert Berks, reminds us that the nation's premiere performing arts center also stands as a living memorial to our 35th president, John Fitzgerald Kennedy.

Flanking the bust on each side is an interactive exhibit entitled John F. Kennedy, His Life and Legacy. The exhibit provides visitors with a wealth of audiovisual information about Kennedy's career, his accomplishments, and his most memorable speeches.




2/8

**Engraving:**

"I look forward to an America which will reward achievement in the arts as we reward achievement in business or statecraft. I look forward to an America which will steadily raise the standards of artistic accomplishment and which will steadily enlarge cultural opportunties for all of our citizens. And I look forward to an America which commands respect throughout the world not only for its strength but for its civilization as well."

*President John F. Kennedy, Amherst, Massachusetts, October 26, 1963*




3/8

**Engraving:**

"This country cannot afford to be materially rich and spiritually poor."

*President John F. Kennedy, State of the Union Message, January 14, 1963*

"To further the appreciation of culture among all the people. To increase respect for the creative individual, to widen participation by all the processes and fulfillments of art — this is one of the fascinating challenges of these days."

*President John F. Kennedy, "The Arts in America," Look, December 18, 1962*

Copyright 1990-2026. All rights reserved.