## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 26-981 (CRC) |
| BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS, *et al*., | |
| *Defendants*. | |

### [DEFENDANTS' PROPOSED] PRELIMINARY INJUNCTION ORDER

Having carefully considered the parties' papers, arguments, and all other relevant materials,

the Court concludes that Plaintiffs' motion for a preliminary injunction is **DENIED**. The Clerk of

the Court is directed to enter judgment for Defendants.


Date: _____          _____

                                       **Hon. Christopher R. Cooper**
                                       United States District Judge