# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-00981 (CRC) |

**DECLARATION OF CHARLES MATTHEW FLOCA**

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts, d/b/a the Donald J. Trump and John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions. My mandate includes the strategic direction of the 1.7 million square foot Center campus and the direct oversight of federally appropriated operating and capital budgets exceeding $300 million.

2. As the primary lead for the Center's operational backbone, I am responsible for the stewardship of our federal functions, encompassing enterprise-wide maintenance, capital improvements, and the hardening of our physical and digital security, while simultaneously directing the trust functions that support our production management and core performing arts business operations. Serving as the Staff Chair of the Building and Grounds Committee, I ensure institutional alignment to fulfill our national mandate while maintaining the fiscal, technical, and structural integrity of this multi-billion-dollar federal asset.

3. My professional background includes over 15 years of experience managing complex programs, facilities, and large-scale budgets. I hold a Bachelor of Science in Construction Management from Louisiana State University. I joined the Center in January 2024 as the

Vice President of Facilities. Prior to my current appointment, I served as the Vice President of Operations at the Center from August 18, 2025, to March 16, 2026.

4. My technical expertise is further informed by nearly 11 years of service within the Government of the District of Columbia. From March 2021 to January 2024, I served as the Associate Director of Sustainability and Energy Management. Previously, I was the Director of Facilities Management for District of Columbia Public Schools (September 2017 to March 2021) and a Capital Construction Project Manager within the Public Safety Cluster (April 2013 to August 2017).

5. The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties. I make this declaration in support of the Defendants' opposition to Plaintiffs' motion for a preliminary injunction. I developed the recommendation to close the Center for capital repair and restoration that the Center's Board of Trustees ("Board") adopted at its March 16, 2026 meeting.

6. I can confirm that the planned construction, renovation, and renewal efforts are only limited to the current structures, buildings, and grounds. No new structure or building will be erected on the campus. The exterior of the Center's main building will not be materially affected. And the planned construction, renovation, and renewal efforts will not tear down the Center to its structural steel and rebuild a new structure from those foundations. Further, I can confirm that all of the planned renovations will occur within the Center's site and grounds, and that none of the adjacent land under the jurisdiction of other entities will be required to carry out the renovations.

7. We have begun to engage the National Capital Planning Commission and Commission of Fine Arts as collaborators in this stewardship (including holding an initial, staff-level meeting on March 30, 2026), and we are planning for further consultation with historic preservation groups to ensure our modernization respects Edward Durell Stone's architectural heritage while securing the building's structural integrity for the next fifty years.

8. This project is a mission-critical mandate to address facility-wide antiquation, including a total overhaul of central mechanical and life-safety systems and the hardening of the security perimeter. These systems have building-wide impacts and cannot be phased venue-by-venue without leaving significant portions of the facility unprotected and out of compliance. Since approximately February 2024, I have been engaged in a review of the Center's infrastructure needs. Based on professional reports I have reviewed, and extensive time spent within the facilities, several critical infrastructure failures must be addressed.

9. During my review, I relied on several external reports. The external reports I relied on to reach my recommendation include a 2022 Soffit Failure Field Report completed for the Center by Walter P Moore, a multidisciplinary engineering consultant, and Page/Stantec, a multidisciplinary architecture firm. I also relied on a May 2024 Leak Investigation report, also completed for the Center by Walter P Moore and Page/Stantec, that identified severe water intrusion at exterior column bases and the main electrical vaults of the Center. I also relied on the 2022 Comprehensive Building Plan for the Center, developed by DLR Group, which identifies that the Center's central plant's primary equipment (its boilers and chillers) has reached the end of its engineered service life. I also relied on the 2021 Comprehensive Building Plan, also developed by DLR Group and including findings from Silman (structural consultant) and Wiss, Janney, Elstner Associates (building envelope consultant), for its finding that the Center's vertical plumbing risers have reached a state of systemic failure and the Center's steel channels have corroded. Finally, a May 2024 report identified severe water intrusion at the exterior column bases and the main electrical vaults.

10. The complexity of this project is heightened by the obsolescence of the Center's production and stage technology. As documented in the 2019 Discovery Design Package, the Concert Hall requires the total replacement of stage lifts and rigging systems. This work involves the demolition of stage floors and the reconfiguration of overhead structural steel, creating massive vibrations and structure-borne noise that render the building unusable for rehearsals or performances. Furthermore, the replacement of high-voltage electrical switchgear and primary chillers and boilers necessitate building-wide cooling power and climate-control shutdowns. My operational experience confirms these shutdowns would leave the facility uninhabitable and put assets at risk of damage for extended durations.

11. The technical need for these improvements has already been established by the 2019 Concert Hall Design Package, the 2024 Leak Report, and the project outlines used to secure federal funding.

12. Furthermore, as the Center's main steward, I am responsible for maintaining a high standard of patron experience and artistic excellence. The "Artistic Envelope" of our venues, specifically, the precision-tuned acoustics of the Concert Hall and Opera House, cannot be maintained while demolition and structural steel reconfiguration occur elsewhere in the Center.

13. To present a performance in a facility undergoing building-wide mechanical overhauls would not only degrade the patron experience to a sub-standard level, but would also violate our obligations to artists and resident ensembles who require pristine, interference-free environments. Unlike a commercial theater, the Center's mandate is to provide a premier national stage; providing a "compromised" experience amidst dust, structure-borne noise, and erratic climate control is inconsistent with my executive duty and would

injure the institution's global reputation. Attempting to "phase" these plans venue-by-venue would leave the facility unprotected and put national assets at risk.

14. My determination that a full closure of the Center is necessary is further informed by my responsibility over the "total equation of care" for the Center. This encompasses the digital stability of our networks, the hardening of our physical security, and the integrity of our theatrical systems. Specialized departments like Programming and Education must stay closely aligned with artistic vision while adhering to strict institutional requirements. These include mandatory life-safety compliance, continuity of operations, and the stringent environmental controls required to protect our archives and instrument collections.

15. The invasive nature of the work planned for the theatrical spaces, the total obsolescence of security and mechanical systems, and documented structural failures prove that a singular, concentrated 24-month closure is the most cost-effective and efficient path for addressing the Center's acute infrastructure needs. This approach addresses the facility's critical infrastructure failures while eliminating the hidden costs and safety risks inherent in a multi-year, phased renovation. The responsibility for the safe and timely renewal of the Center lies with the operators who manage the total risk of the facility. A full two-year closure is the only responsible path forward.

16. Capital improvements are not in an unformed discovery phase but are based on established points of reference, including pre-design, discovery and concept packages largely completed and funded years ago, such as the 2019 Concert Hall Discovery Design Package.

17. To ensure responsible management, the Center issued and competitively awarded a contract for a Project Management Contractor (PMC) to assist in overseeing and coordinating the various construction efforts and projects. This award is designed to establish a relationship of trust and confidence, utilizing a "Standard of Care" consistent with state-of-the-art performing arts facilities.

18. As part of this management effort, the PMC is tasked with developing a "Renewal Plan" that includes a single integrated master schedule. This compartmentalized master schedule, prepared using the "Critical Path Method", will show the intricate interdependencies between the various renewal sub-projects and ensure institutional alignment. The PMC will also manage a unified project budget and a quality assurance program to ensure construction is performed in a manner befitting a world-class venue.

19. Lastly, my decision is grounded in our statutory duty under 20 U.S.C. § 76h to "maintain and administer" the Center. The Center is on federal land, and our Board members include the Chairman of the Commission of Fine Arts and the Director of the National Park Service. The planned closure and renovations will maintain the memorial by addressing critical failures across a multitude of systems, including exterior envelope and subsurface

infrastructure which requires targeted, temporary site disturbance to access and replace failing waterproofing membranes, expansion joints, and structural facade elements that have reached a point of systemic decay.

_____

Charles Matthew Floca