# EXHIBIT B

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE JOHN<br>F. KENNEDY CENTER FOR THE<br>PERFORMING ARTS, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-00981 (CRC) |

## DECLARATION OF TAMMY STIDHAM

In accordance with the provisions of 28 U.S.C. § 1746, I, Tammy Stidham, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I am the Associate Regional Director for Lands and Planning for the National Park Service ("NPS") National Capital Region. I have been in this position for approximately two years. Prior to that time I served as the Deputy Associate Regional Director for Lands and Planning at the NPS National Capital Region. All together, I have been employed by the NPS for over thirty-six years.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my position as Associate Regional Director, and my previous position as Deputy Regional Director, I have worked to plan and implement a substantial portfolio of NPS projects across the region, including transfers of jurisdiction and other land management actions. My responsibilities include oversight of land planning and jurisdictional matters. In carrying out those responsibilities, I review and rely on statutes, legislative history, deeds, transfer records, survey plats, land record files, maps, and related correspondence to determine whether land is under NPS jurisdiction and administration. That is how NPS identifies and confirms its jurisdiction over specific parcels.  I am also generally familiar with NPS history and authorities.

4. The National Capital Region comprises more than 79,000 acres of national parkland in the Washington, D.C., metropolitan area including monuments and memorials, historic homes,

Civil War battlefields, and natural areas. The National Capital Region includes the National Mall and Memorial Parks and Rock Creek Park, two administrative units that manage portions of the Rock Creek and Potomac Parkway a scenic motorway that runs north from the Potomac River along Rock Creek for a distance of 2 miles, and terminates at Beach Drive. A portion of the Parkway, managed by the National Mall and Memorial Parks, is adjacent to the Donald J. Trump and The John F. Kennedy Memorial Center for the Performing Arts (Trump Kennedy Center).

5. The green overlay in the below map accurately depicts NPS's current administrative jurisdiction in the area of the Trump Kennedy Center. Except for the Trump Kennedy Center's air rights over part of the Rock Creek and Potomac Parkway, the gray overlay in the below map accurately depicts the Trump Kennedy Center.



6. On October 17, 1966, the NPS accepted administrative jurisdiction of lands within the Trump Kennedy Center site from two sources: the Board of Trustees of the John F. Kennedy Center for the Performing Arts (109,625 sq. ft.) and the General Services Administration (203,162 sq. ft.), pursuant to 40 U.S.C. § 8124. Attached as Exhibit 1 is a true copy of the plat which depicts the boundaries and the property transferred to the NPS in 1966.

7. In 1994, pursuant to the John F. Kennedy Center Act Amendments of 1994, Pub. L. No. 103-279, 108 Stat. 1409 (July 21, 1994) operating responsibilities and the associated lands were transferred from the NPS to the Board of Trustees of the John F. Kennedy Center for the Performing Arts.

8. Attached as Exhibit 2 is a true copy of the map numbered 844/82563, and dated April 20, 1994, which is from the NPS National Capital Region files, and depicts the boundaries and property under the jurisdiction of the Trump Kennedy Center as a result of the 1994 transfer, referenced in 20 U.S.C. § 76s. The Trump Kennedy Center property includes the air rights over the Rock Creek and Potomac Parkway for the Trump Kennedy Center's West Terrace.

9. Attached as Exhibit 3 is a true copy of the map numbered 844/82563A and dated May 22, 1997, which is from the NPS National Capital Region files, depicts the revised boundaries and property under the jurisdiction of the Trump Kennedy Center as a result of the 1997 transfer, referenced in 20 U.S.C. § 76s. This map likewise shows that the Trump Kennedy Center property includes the air rights over the Rock Creek and Potomac Parkway for the Trump Kennedy Center's West Terrace.

10. As a result of these transfers, the NPS does not have administrative jurisdiction over the interior or the exterior of the Trump Kennedy Center, or over the associated property on which the building is located. As such, this building and its grounds, including all areas previously transferred out of NPS jurisdiction, are not within the National Park System and are not National Park System resources.

11. The NPS does not control the use of the Trump Kennedy Center or access to it.

12. The Trump Kennedy Center does not need a permit from NPS to carry out construction, rehabilitation, maintenance, or other activities on its own land. If the Trump Kennedy Center proposed to use lands under NPS jurisdiction for construction staging, excavation, access, or other activities then a permit or other written authorization would be required.

13. To date, the NPS has not received an application from the Trump Kennedy Center for a permit to use NPS lands for construction staging, excavation, or access or for a right-of-way permit.

TAMMY STIDHAM
Digitally signed by TAMMY STIDHAM
Date: 2026.04.15 15:28:22 -04'00'

Tammy Stidham

# EXHIBIT 1



# EXHIBIT 2

Case 1:26-cv-00981-CRC   Document 27-3   Filed 04/17/26   Page 9 of 11



# EXHIBIT 3

