# EXHIBIT D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-00981 (CRC) |

### DECLARATION OF DIANE ELIZABETH SULLIVAN

In accordance with the provisions of 28 U.S.C. § 1746, I, Diane Elizabeth Sullivan, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as Director of the Current Planning Division of the National Capital Planning Commission ("NCPC"). The Current Planning Division supports NCPC by reviewing development projects and preparing planning recommendations that guide the Commission's decision-making. In my role as Director, I oversee the Current Planning Division's team of urban planners, architects, historic preservationists, and other professional staff and guide the Division's planning work.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. On March 30, 2026, members of the NCPC staff, including me, met with Matthew Floca, Executive Director and Chief Operating Officer at the John F. Kennedy Center for the Performing Arts (the "Center"), other representatives from the Center, and staff from the Commission of Fine Arts to discuss proposed upcoming renovations to the Center, which are planned to begin in July 2026 (the "Renovations"). This meeting initiated the informal consultation process for the Renovations, which is the typical first step in the NCPC review process.

4. NCPC is responsible for approving "the location, height, bulk, number of stories, and size of federal public buildings in the District of Columbia and the provision for open space in and around federal public buildings in the District of Columbia" pursuant to 40 U.S.C. §

8722(d). As part of the NCPC review of projects submitted for approval pursuant to 40 U.S.C. §8722(d), NCPC review includes "compl[iance] with the procedures and policies of [the National Environmental Policy Act ("NEPA")] NEPA and other related laws, regulations, and orders applicable to Commission actions" under 1 C.F.R. § 601.2(a). Additionally, as part of that review, NCPC "integrate[s] the requirements of NEPA and other planning and environmental reviews required by law including, without limitation, the National Historic Preservation Act ["NHPA"] . . . to ensure all procedures run concurrently" under 1 C.F.R. § 601.2(d).

5.  If the Center submits the Renovations to NCPC for review and approval pursuant to 40 U.S.C. § 8722(d), NCPC's consideration of that application will include conducting all required reviews related to the Commission action, including a NEPA assessment and the Section 106 process under the NHPA, as required by NCPC's promulgated regulations.

Executed this 17th day of April, 2026, in the City of Washington, District of Columbia.

*Diane Sullivan*

—————————————————————
Diane Elizabeth Sullivan