# EXHIBIT F



REDUCED SIZE REPRODUCTION

844_82563