# EXHIBIT G



## LAYOUT PLAN

### LEGEND

- Boundary of Area to be Transferred
- Aerial Rights over RC&P Parkway
- Transferred for Open Space; no structures or parking facilities

**PAVING DETAILS**

△2 **TYPICAL BITUMINOUS PAVING**

△3 & 7 **INTEGRAL WALK & CURB**

△4 **CURB WITH WASH**

△5 **CURB & GUTTER**

EDWARD DURELL STONE, ARCHITECT

PROJECT: JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS

WASHINGTON, D.C.

GENERAL SERVICES ADMINISTRATION

EDWARD D. STONE, JR. & ASSOCIATES — LANDSCAPE ARCHITECTS

SASAKI, DAWSON, DEMAY & ASSOC., INC. LANDSCAPE CONSULTANTS

DRAWING TITLE: ROADWAY — ARCHITECTURAL

2-3-A

PART 1 OF 2

REDUCED SIZE REPRODUCTION