**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**DC PRESERVATION LEAGUE**, *et al.*,

     *Plaintiffs*,

    v.

**BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**, *et al.*,

     *Defendants*.

</td><td>

Civil Action No. 1:26-cv-00981

</td></tr>
</table>

### PLAINTIFFS' REQUEST TO EXAMINE DECLARANT AT PRELIMINARY INJUNCTION HEARING

Pursuant to Local Civil Rule 65.1(d), Plaintiffs request leave to examine a declarant at the hearing on Plaintiffs' Motion for Preliminary Injunction, ECF 24. Specifically, Plaintiffs seek the Court's permission to question Charles Matthew Floca on statements made in his declaration, ECF 27-2 ("Floca Decl."), filed in conjunction with Defendants' opposition to Plaintiffs' motion, *see* ECF 27.[1] Live testimony from Mr. Floca on key factual issues will assist the Court in deciding Plaintiffs' Motion for Preliminary Injunction.

Under Local Civil Rule 65.1(d), "any party who wishes to offer live testimony or cross-examine an affiant at the hearing shall so request in writing 72 hours before the hearing." The Court considers whether "the need for live testimony is outweighed by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." *Id.*

Hearing live testimony from Mr. Floca would be a prudent use of judicial resources here. Mr. Floca's declaration contains statements about the scope of the project at issue in this case that contradict statements made by members of the Board. Plaintiffs seek to test the accuracy and

---

[1] Plaintiffs' counsel conferred about this request with counsel for Defendants, who stated that Defendants would decide whether to respond after Plaintiffs' request was filed.

completeness of the statements set forth in Mr. Floca's declaration. Additionally, Mr. Floca will be able to explain in greater detail and supply important additional information about the "Capital Improvement Plan" for the project, ECF 27-6, identified as Exhibit E to Defendants' submission.

Mr. Floca appears to be the right person to perform this function.[2] He identifies himself as being responsible for and knowledgeable about the project. He is the Chief Operating Officer of the Kennedy Center, and he "exercise[s] operational authority over all institutional departments" of the Center. Floca Decl. ¶ 1. "[His] mandate includes the strategic direction of the 1.7 million square foot Center campus and the direct oversight of federally appropriated operating and capital budgets." *Id.* Because Mr. Floca "developed the recommendation to close the Center for Capital repair and restoration" and because he is the individual "responsible for . . . capital improvements" at the Kennedy Center, *id.* ¶¶ 2, 5, Plaintiffs seek to question him about the "Capital Improvement Plan." Mr. Floca's testimony will assist the Court in weighing the evidence, resolving inconsistencies, and clarifying ambiguities. His testimony will also assist the Court in evaluating Plaintiffs' likelihood of success on the merits and determining the potential for irreparable harm—central factors in considering Plaintiffs' Motion for Preliminary Injunction.

Plaintiffs estimate that examination of Mr. Floca will last no more than 45 minutes.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs leave to examine Charles Matthew Floca at the preliminary injunction hearing.

---

[2] Indeed, Mr. Floca has demonstrated his ability and willingness to explain the Kennedy Center's plans, having recently provided tours of the Center to members of Congress and of the press. *See* Steven Sloan, *New head of the Kennedy Center tries to show that the building really needs a renovation* (Apr. 14, 2026), https://www.pbs.org/newshour/politics/new-head-of-the-kennedy-center-tries-to-show-that-the-building-really-needs-a-renovation; Elizabeth Blair, *Kennedy Center leaders offer behind-the-scenes tour to explain need for closure*, NPR (Apr. 22, 2026), https://www.npr.org/2026/04/22/nx-s1-5793830/kennedy-center-renovation-closure.    Plaintiffs expect he would likewise be able and willing to explain those plans to this Court.

Respectfully submitted,

DC PRESERVATION LEAGUE,
NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,
THE AMERICAN INSTITUTE OF ARCHITECTS,
AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS,
DOCOMOMO US,
SOCIETY OF ARCHITECTURAL HISTORIANS,
THE COMMITTEE OF 100 ON THE FEDERAL CITY, and
THE CULTURAL LANDSCAPE FOUNDATION

By their attorneys,

*/s/ Gregory B. Craig*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
Tel: (202) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer (*pro hac vice*)
Kevin Y. Chen (*pro hac vice*)
Matthew F. Casassa (*pro hac vice*)
Marilyn Icsman (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel: (617) 832-1000
theuer@foleyhoag.com
kchen@foleyhoag.com
mcasassa@foleyhoag.com
micsman@foleyhoag.com

*/s/ Gregory Alan Werkheiser*
Gregory Alan Werkheiser (VA210)
Marion Forsyth Werkheiser (486465)
Lydia Dexter (OR0032)
Jessie Barrington (VA224)
Caitlin McCurdy (NH0004)
Katherine Lee Sorrell (TX0109)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
katherine@culturalheritagepartners.com

*/s/ Abbe David Lowell*
Abbe David Lowell (358651)
Caleb Hayes-Deats (1643213)
Isabella M. Oishi (90018056)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
ioishi@lowellandassociates.com

Dated: April 23, 2026

areilly@lowellandassociates.com

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 23, 2026, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent via first class mail to those indicated as nonregistered participants.

<u>/s/ Gregory B. Craig</u>

4