**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>BOARD OF TRUSTEES OF THE JOHN F.<br>KENNEDY CENTER FOR THE<br>PERFORMING ARTS, *et al.*,<br><br>  *Defendants*. | Civil Action No. 1:26-cv-00981 (CRC) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST TO EXAMINE
DECLARANT AT PRELIMINARY INJUNCTION HEARING**

Given that Mr. Floca's declaration fatally undermines the factual predicates of Plaintiffs' claims, Defendants have no objection to producing Mr. Floca for Wednesday's hearing to address the topics identified in Plaintiffs' Motion for a Preliminary Injunction. ECF No. 24. If the Court grants Plaintiffs' motion to examine, Defendants will also elicit testimony from Mr. Floca about his recommendations concerning renovations at the Center.

1

Dated: April 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Pierce J. Anon*
PIERCE J. ANON
N.Y. Bar No. 6184303
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
Pierce.Anon@usdoj.gov

*Counsel for Defendants*

2