## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

D.C. PRESERVATION LEAGUE, *et al.*,

      *Plaintiffs*,

v.

BOARD OF TRUSTEES OF THE JOHN F.
KENNEDY CENTER FOR THE
PERFORMING ARTS, *et al.*,

      *Defendants*.

Civil Action No. 1:26-cv-00981 (CRC)

### JOINT PROPOSED SCHEDULING MOTION

On April 28 and 29, the Court heard oral arguments in the above-captioned matter, as well as in *Joyce Beatty, v. Donald J. Trump, et al.,* (No. 25-4480). This Court also heard the live testimony of the Center's Executive Director and Chief Operating Officer, Charles Matthew Floca. Thereafter, by Minute Order dated April 29, the Court directed the parties in both cases to "submit a Joint Proposed Scheduling Order regarding any supplemental briefing requested in light of today's hearing." The Parties conferred over e-mail on April 30 and May 1 and hereby stipulate and agree as follows:

1. Supplemental briefing in both matters shall be filed on or before May 11, 2026.

2. Supplemental briefing in the *D.C. Preservation League, et al., v. Board of Trustees of the John F. Kennedy Center for the Performing Arts, et al.,* matter shall not exceed ten (10) pages.

3. With respect to the supplemental briefing in the *Joyce Beatty*, v. *Donald J. Trump, et al.,* matter—the parties have differing positions, as set forth below:

    a. **Plaintiff's Position**

Plaintiff Congresswoman Joyce Beatty agrees to a May 11 filing date in the interests of ensuring simultaneous submissions by all the parties in both cases, which is

critical for fairness. Given her longstanding view that this matter should be resolved promptly, Beatty is also prepared to move at any faster schedule the Court establishes. Beatty requests that the Court set a 5-page limit in her matter, given the considerable amount of briefing that has been submitted in *Beatty v. Trump* and the fact that neither she nor the government sought Mr. Floca's testimony.  Beatty takes no position on the page limits in *DC Preservation League vs. Board of Trustees*.

b.      **Defendants' Position**

Defendants request that the Court set a 10-page limit for a supplemental brief in the *Beatty* litigation. Although Plaintiffs assert that they did not seek Mr. Floca's testimony, they nonetheless elected to cross-examine him. Mr. Floca's testimony bears directly on several of Plaintiff's key theories for liability and supports multiple arguments that Defendants have made to support their case. Counsel for Defendants in the *Beatty* case therefore requests sufficient space to respond to that examination—in line with the parties' agreed briefing limit in the *D.C. Preservation League* case—and to assist the Court in resolving the issues presented.

Dated: May 1, 2026                             Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

DIANE KELLEHER
Branch Director

STEPHEN M. ELLIOTT
Assistant Branch Director

/s/ Pierce J. Anon
PIERCE J. ANON
N.Y. Bar No. 6184303
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
Pierce.Anon@usdoj.gov

*Counsel for Defendants*

3

 */s/ Gregory B. Craig*
Gregory B. Craig (164640)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
Tel: (202) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer (*pro hac vice*)
Kevin Y. Chen (*pro hac vice*)
Matthew F. Casassa (*pro hac vice*)
Marilyn Icsman (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel: (617) 832-1000
theuer@foleyhoag.com
kchen@foleyhoag.com
mcasassa@foleyhoag.com
micsman@foleyhoag.com

 */s/ Gregory Alan Werkheiser*
Gregory Alan Werkheiser (VA210)
Marion Forsyth Werkheiser (486465)
Lydia Dexter (OR0032)
Jessie Barrington (VA224)
Caitlin McCurdy (NH0004)
Katherine Lee Sorrell (TX0109)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
katherine@culturalheritagepartners.com

 */s/ Abbe David Lowell*
Abbe David Lowell (358651)
Caleb Hayes-Deats (1643213)
Isabella M. Oishi (90018056)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
ioishi@lowellandassociates.com
areilly@lowellandassociates.com

*Counsel for Plaintiffs D.C. Preservation League, National Trust for Historic Preservation in the United States, The American Institute of Architects, American Society of Landscape Architects, Docomomo US, Society of Architectural Historians, The Committee of 100 on the Federal City, and The Cultural Landscape Foundation*

4

/s/ Norman Eisen
NORMAN EISEN
  (D.C. Bar No. 435051)
STEPHEN JONAS
  (D.C. Bar No. 90037069)
DAVID OGDEN
  (D.C. Bar No. 375951)

DEMOCRACY DEFENDERS ACTION
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
202-594-9958
norman@democracydefenders.org

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 1724093)
/s/ Kyle R. Freeny
KYLE R. FREENY
  (D.C. Bar No. 1684764)
ALEXANDER KRISTOFCAK
  (D.D.C. Bar No. NY0717)

WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
kfreeny@washingtonlitigationgroup.org
nzelinsky@washingtonlitigationgroup.org

*Admitted only in California and New York; practicing under the supervision of D.C. Bar members*

*Attorneys for Plaintiff Joyce Beatty*