## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DC PRESERVATION LEAGUE, *et al.*,

      *Plaintiffs,*

  v.

BOARD OF TRUSTEES OF THE JOHN F.
KENNEDY CENTER FOR THE
PERFORMING ARTS, *et al.*,

      *Defendants.*

Civil Action No. 26-0981

### AFFIDAVIT OF SERVICE

I, B. Keith Wheeler, hereby state that:

On March 24, 2026, I caused to be sent via certified U.S. mail copies of the complaint (ECF 1) and summonses in civil action number 26-00981, postage prepaid, return receipt requested, addressed to the following, with eight copies sent to U.S. Attorney Pirro and then Attorney General Bondi and one copy to each of the other below-listed recipients:

> Jeanine Ferris Pirro, U.S. Attorney for the District of Columbia
> c/o Civil Process Clerk
> U.S. Attorney's Office for D.C.
> 601 D Street, NW
> Washington, DC 20530
>
> Attorney General Pamela Bondi
> U.S. Department of Justice
> Office of the Attorney General
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
>
> Board of Trustees of the John F. Kennedy Center For The Performing Arts
> John F. Kennedy Center for the Performing Arts
> 2700 F Street N.W.
> Washington, DC 20566

Donald J. Trump, in his official capacity as Chair of the Board of Trustees of the John F. Kennedy Center For The Performing Arts
John F. Kennedy Center for the Performing Arts
2700 F Street N.W.
Washington, DC 20566

Smithsonian Institution
1000 Jefferson Drive S.W.
Washington, DC 20560

National Park Service
1849 C St., N.W.
Washington, DC 20240

United States Department of the Interior
1849 C Street, N.W.
Washington DC 20240

Douglas J. Burgum, in his official capacity as Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington DC 20240

United States Army Corps of Engineers
441 G Street N.W.
Washington, DC 20314

National Capital Planning Commission
401 9th Street N.W., Suite 500N
Washington, DC 20004

I have received return receipts, attached as Exhibit A hereto, reflecting delivery of the packages sent to the Department of the Interior, Secretary Burgum, U.S. Attorney Pirro, and then Attorney General Bondi. To date, I have not received return receipts for the other packages; however, USPS tracking information for those packages, attached as Exhibit B hereto, reflects that delivery of each was made on March 26, 2026, or March 27, 2026.[1]

---

[1] USPS tracking number 9589 0710 5270 2369 1525 02 corresponds to the package sent to the Smithsonian Institution; 9589 0710 5270 2369 1668 13 to the package sent to the Board of Trustees; 9589 0710 5270 2369 1668 20 to the package sent to Chairman Trump; 9589 0710 5270 2369 1668 37 to the package sent to the National Park Service; 9589 0710 5270 2369 1524 65 to

Also on March 24, 2026, I sent a copy of the summons and complaint (ECF 1) in civil action number 26-00981, to the U.S. Attorney's Office for the District of Columbia at USADC.ServiceCivil@usdoj.gov in accordance with the U.S. Attorney's procedures for service by email, as published on the U.S. Attorney's website as of that date. On March 30, 2026, I received an email from that account, attached as Exhibit C hereto, which stated that "[t]he summons and complaint have been received by email, with a service date of March 24, 2026."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May/4/, 2026          Signature:

B. Keith Wheeler
25 Walnut Street, Suite 205,
Wellesley Hills, MA 02481
617-426-0550
request@beaconhillresearch.com

---

the package sent to the National Capital Planning Commission; and 9589 0710 5270 2369 1524 58 to the package sent to the Army Corps of Engineers.

3