# EXHIBIT B

# USPS Tracking®

FAQs >

Feedback

**Tracking Number:**

Remove ✕

## 9589071052702369152502

Copy          Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 8:46 am on March 26, 2026 in WASHINGTON, DC 20560.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**

**Delivered, Left with Individual**
WASHINGTON, DC 20560
March 26, 2026 8:46 AM

● **Arrived at Post Office**
WASHINGTON, DC 20018
March 26, 2026 7:55 AM

● **Arrived at USPS Facility**
WASHINGTON DC PACKAGE SORTING CENTER
March 26, 2026 7:09 AM

● **Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 6:13 AM

● **Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:48 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:43 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 11:55 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**See More** ∨

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Feedback

Remove ✕

**Tracking Number:**

## 9589071052702369166813

Copy          **Add to Informed Delivery**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on March 26, 2026 in WASHINGTON, DC 20566.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### ● Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20566
March 26, 2026 10:36 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
March 26, 2026 7:56 AM

**Arrived at USPS Facility**
WASHINGTON DC PACKAGE SORTING CENTER
March 26, 2026 7:09 AM

**Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 6:13 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:48 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:44 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 11:57 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

# USPS Tracking®

FAQs >

Feedback

**Tracking Number:**

Remove ✕

## 9589071052702369166820

Copy          **Add to Informed Delivery**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:36 am on March 26, 2026 in WASHINGTON, DC 20566.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

● **Delivered**

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20566
March 26, 2026 10:36 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
March 26, 2026 7:56 AM

**Arrived at USPS Facility**

WASHINGTON DC PACKAGE SORTING CENTER
March 26, 2026 7:09 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 6:13 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:49 AM

Case 1:26-cv-00981-CRC     Document 43-2     Filed 05/19/26

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:43 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 11:58 AM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

# USPS Tracking®

FAQs >

Feedback

Remove ✕

**Tracking Number:**

## 9589071052702369166837

Copy          **Add to Informed Delivery**

### Latest Update

Your item was delivered to an individual at the address at 12:15 pm on March 26, 2026 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**

**Delivered, Left with Individual**
WASHINGTON, DC 20240
March 26, 2026 12:15 PM

**Arrived at Post Office**
WASHINGTON, DC 20018
March 26, 2026 8:15 AM

**Arrived at USPS Facility**
WASHINGTON DC PACKAGE SORTING CENTER
March 26, 2026 7:09 AM

**Departed USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 6:13 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:48 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:43 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 12:05 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

USPS Tracking®    USPS

# USPS Tracking®

FAQs >

Feedback

**Tracking Number:**    Remove ✕

# 9589071052702369152465

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:54 pm on March 26, 2026 in WASHINGTON, DC 20004.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## ● Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20004
March 26, 2026 1:54 PM

**Out for Delivery**

WASHINGTON, DC 20004
March 26, 2026 6:41 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
March 26, 2026 6:30 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:49 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

USPS Tracking® USPS

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:43 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 12:07 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9589071052702369152458

Copy          **Add to Informed Delivery**

### Latest Update

Your item was delivered to an individual at the address at 12:52 pm on March 26, 2026 in WASHINGTON, DC 20314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20314
March 26, 2026 12:52 PM

**Arrived at Post Office**

WASHINGTON, DC 20018
March 26, 2026 9:47 AM

**Arrived at USPS Facility**

WASHINGTON DC PACKAGE SORTING CENTER
March 26, 2026 7:09 AM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 6:13 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 26, 2026 3:48 AM

Feedback

Remove ✕

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 25, 2026 3:46 PM

**In Transit to Next Facility**

March 25, 2026 3:41 PM

**In Transit to Next Facility**

March 25, 2026 11:51 AM

**In Transit to Next Facility**

March 25, 2026 8:31 AM

**Departed USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 5:15 AM

**Arrived at USPS Facility**

MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
March 25, 2026 1:55 AM

**Departed USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 25, 2026 1:12 AM

**Arrived at USPS Facility**

BOSTON MA DISTRIBUTION CENTER
March 24, 2026 3:43 PM

**USPS in possession of item**

NEWTON LOWER FALLS, MA 02462
March 24, 2026 12:09 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄