# EXHIBIT C

# RE: Federal Summons & Complaint

## USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

Mon 3/30/2026 10:07 AM

To:Request <Request@beaconhillresearch.com>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>;

The summons and complaint have been received by email, with a service date of March 24, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Request <Request@beaconhillresearch.com>
**Sent:** Tuesday, March 24, 2026 12:21 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Federal Summons & Complaint

Good Afternoon

For the purpose of effectuating service on the federal defendants in the above-captioned matter pursuant to Fed. R. Civ. P. 4(i).

Please acknowledge receipt.

Keith Wheeler | Partner

**Beacon Hill Research**

25 Walnut Street, Suite 205

Wellesley Hills, Ma. 02481

www.beaconhillresearch.com

T: (617) 426-0550 | F: (617) 426-5157

E: request@beaconhillresearch.com