**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| D.C. PRESERVATION LEAGUE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:26-cv-00981 (CRC) |

**DEFENDANTS' UNOPPOSED MOTION TO STAY
DEADLINE TO ANSWER AMENDED COMPLAINT**

For good cause, Defendants, the Board of Trustees of the John F. Kennedy Center for the Performing Arts, *et al.*, respectfully move to stay the deadline for Defendants to answer or otherwise respond to Plaintiffs' complaint until 30 days after the Court's resolution of Plaintiffs' motion for a preliminary injunction. Defendants have conferred with counsel for Plaintiffs as to this request. *See* LCvR 7(m).  Plaintiffs do not oppose a stay of Defendants' deadline to answer Plaintiffs' complaint.

In support of this motion, Defendants state as follows:

1.      Plaintiffs served their complaint on Defendants on March 24, 2026, such that an answer or other response to the complaint was due on May 26, 2026[1] by operation of Federal Rules of Civil Procedure 6(a)(1)(C) and 12(a)(2).

5.      Upon receiving Plaintiffs' motion for a preliminary injunction, this Court in an

---

[1] 60 days from March 24, 2026 is May 23, 2026, but that date falls on Saturday, and Memorial Day, a federal holiday, is the following Monday, the answer to the complaint is due on May 26, 2026.  *See* Federal Rules of Civil Procedure 6(a)(1)(C).

April 1, 2026 Minute Order entered a briefing schedule and ordered an April 29, 2026 hearing date to resolve Plaintiffs' preliminary injunction motion. *See* Min. Order (April 1, 2026).

7.      Staying Defendants' deadline to answer or otherwise respond to Plaintiffs' complaint pending the Court's resolution of the above motion will conserve the Court's and the parties' resources, lessen hardships to the parties, and further serve judicial economy. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936); *see also Vallejo Ent. LLC v. Small Bus. Admin.*, No. 1:22-cv-01548-RCL, 2023 WL 3275634, at *1–2 (D.D.C. May 5, 2023). Here, the Court will proceed with the adjudication of the parties' present motions, which may result in the preliminary or final determination of several threshold issues in this litigation. Accordingly, any hardship from a stay of the deadline to respond to Plaintiffs' complaint, to either party, is negligible. And such a stay would not be indefinite—Defendants seek only that the deadline be stayed until 30 days after the Court's resolution of the motions identified in its scheduling order.

8.      Thus, Defendants ask that their deadline to answer or otherwise respond to Plaintiffs' amended complaint be stayed until 30 days after the Court's resolution of Plaintiffs' motion for preliminary injunction.

A proposed order is attached.

Dated: May 22, 2026                          Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General, Civil Division

                                             YAAKOV M. ROTH
                                             Principal Deputy Assistant Attorney General

                                             ERIC J. HAMILTON
                                             Deputy Assistant Attorney General

                                             DIANE KELLEHER
                                             Branch Director

                                             STEPHEN M. ELLIOTT
                                             Assistant Branch Director

*/s/ Pierce J. Anon*
PIERCE J. ANON
N.Y. Bar No. 6184303
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
Pierce.Anon@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pierce J. Anon, hereby certify that on May 22, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ Pierce J. Anon*
Pierce J. Anon

*Counsel for Defendants*