**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC PRESERVATION LEAGUE** *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> **BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS** *et al.*, <br><br> Defendants. | Case No. 26-cv-981 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' [24] Motion for Preliminary Injunction is DENIED.  It is further

**ORDERED** that, within seven days of the date of this order, the parties shall confer and file a joint status report apprising the Court of proposed next steps in the case, including the potential submission of periodic status reports that would elucidate the scope and timing of the Kennedy Center renovation project at issue, as well as any efforts by the Center to engage in regulatory review and permitting.

**SO ORDERED**.

$\overline{\phantom{XXXXXXXXXXXXX}}$
CHRISTOPHER R. COOPER
United States District Judge

Date:  May 29, 2026