AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| DC PRESERVATION LEAGUE et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.     1:26-cv-00981 |
| BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS  et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DC PRESERVATION LEAGUE, NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES, AMERICAN INSTITUTE OF ARCHITECTS, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, DOCOMOMO US, SOCIETY OF ARCHITECTURAL HISTORIANS, COMMITTEE OF 100 ON THE FEDERAL CITY, CULTURAL LANDSCAPE FOUNDATION

Date:     6/9/2026

/s/ Rawda Fawaz
*Attorney's signature*

Rawda Fawaz, Bar No. 90015785
*Printed name and bar number*
1717 K Street, N.W.
Washington, D.C. 20006-5350

*Address*

rfawaz@foleyhoag.com
*E-mail address*

202-261-7434
*Telephone number*

*FAX number*