AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| DC PRESERVATION LEAGUE, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.    1:26-cv-00981-CRC |
| BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DC PRESERVATION LEAGUE, NATIONAL TRUST FOR HISTORIC PRESERVATION, THE AMERICAN INSTITUTE OF ARCHITECTS, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, DOCOMOMO US, SOCIETY OF ARCHITECTURAL HISTORIANS, THE COMMITTEE OF 100 ON THE FEDERAL CITY, and THE CULTURAL LANDSCAPE FOUNDATION .

Date:      06/02/2026

s/ Charles N. Curlett, Jr.
*Attorney's signature*

Charles N. Curlett, Jr., DC # 497920
*Printed name and bar number*

1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
*Address*

charles@culturalheritagepartners.com
*E-mail address*

(202) 567-7594
*Telephone number*

(866) 875-6492
*FAX number*