**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

    *Plaintiffs*,

    v.

**BOARD OF TRUSTEES OF THE JOHN F.
KENNEDY CENTER FOR THE
PERFORMING ARTS**, *et al.*,

    *Defendants*.

Civil Action No. 26-0981

**JOINT STATUS REPORT AND JOINT MOTION
TO HOLD CASE DEADLINES IN ABEYANCE FOR FOURTEEN DAYS**

On June 16, 2026, the Court ordered the parties to submit a joint status report that "apprise[d] the Court of the scope and progress of the Kennedy Center renovation project; propose[d] the frequency, timing, and content of future joint status reports in this case; and include[d] any other information relevant to the issues identified in the [parties' prior status] report." June 16, 2026 Minute Order.

Since the Court entered its June 16 order, counsel for the parties have engaged in productive discussions regarding the status and progress of the Kennedy Center project, and have explored the possibility of a mutually agreeable framework for the next steps in this case. To facilitate additional discussions, the parties request that the Court hold in abeyance all case deadlines—including Defendants' deadline to respond to Plaintiffs' complaint, which is presently set for June 29, 2026—for fourteen days, at which point the parties will either submit another status report further addressing the questions posed by the Court's June 16 Minute Order and any other relevant matters, or, if necessary, request another brief abeyance of case deadlines.

Neither the parties nor the public will be prejudiced by a brief abeyance, as construction at the Kennedy Center will not take place before the Board votes on whether to close the Center, and

an abeyance will permit the parties to devote their full attention to the discussions in which they

have been engaged.


Dated: June 26, 2026                                    Respectfully submitted,


 /s/ [DRAFT]                                            BRETT A. SHUMATE
Gregory B. Craig (164640)                               Assistant Attorney General, Civil Division
Rawda Fawaz (90015786)
FOLEY HOAG LLP                                          ERIC J. HAMILTON
1717 K Street N.W.                                      Deputy Assistant Attorney General
Washington, DC 20006
Tel: (202) 223-1200                                     DIANE KELLEHER
gcraig@foleyhoag.com                                    Branch Director

Thaddeus A. Heuer (*pro hac vice*)                      CHRISTOPHER  M. LYNCH
Kevin Y. Chen (*pro hac vice*)                          Chief Litigation Counsel
Matthew F. Casassa (*pro hac vice*)
Marilyn Icsman (*pro hac vice*)                         /s/ *Pierce J. Anon*
FOLEY HOAG LLP                                          PIERCE J. ANON
155 Seaport Boulevard, Suite 1600                       N.Y. Bar No. 6184303
Boston, MA 02210                                        Trial Attorney
Tel: (617) 832-1000                                     U.S. Department of Justice
theuer@foleyhoag.com                                    Civil Division, Federal Programs Branch
kchen@foleyhoag.com                                     1100 L Street NW
mcasassa@foleyhoag.com                                  Washington, DC 20530
micsman@foleyhoag.com                                   (202) 305-7573
                                                        Pierce.Anon@usdoj.gov

 /s/ [DRAFT]                                            Counsel for Defendants
 Gregory Alan Werkheiser (VA210)
 Marion Forsyth Werkheiser (486465)
 Lydia Dexter (OR0032)
 Jessie Barrington (VA224)
 Caitlin McCurdy (NH0004)
 Katherine Lee Sorrell (TX0109)
 CULTURAL HERITAGE PARTNERS, PLLC
 1717 Pennsylvania Avenue NW, Suite 1025
 Washington, DC 20006
 Tel: (202) 567-7594
 greg@culturalheritagepartners.com
 marion@culturalheritagepartners.com
 lydia@culturalheritagepartners.com
 jessie@culturalheritagepartners.com

2

caitlin@culturalheritagepartners.com
katherine@culturalheritagepartners.com

 */s/ [DRAFT]*
Abbe David Lowell (358651)
Caleb Hayes-Deats (1643213)
Isabella M. Oishi (90018056)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
ioishi@lowellandassociates.com
areilly@lowellandassociates.com


Dated: June 26, 2026