**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC PRESERVATION LEAGUE**, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>**BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**, *et al.*,<br><br>     *Defendants*. | Civil Action No. 26-0981 |

**JOINT STATUS REPORT AND JOINT MOTION
TO HOLD CASE DEADLINES IN ABEYANCE FOR TWO DAYS**

On June 16, 2026, the Court ordered the parties to submit a joint status report that "apprise[d] the Court of the scope and progress of the Kennedy Center renovation project; propose[d] the frequency, timing, and content of future joint status reports in this case; and include[d] any other information relevant to the issues identified in parties' prior status report." June 16, 2026 Minute Order.

Since the Court entered its June 16 order, counsel for the parties have engaged in positive discussions regarding the status and progress of the Kennedy Center project. As a result, the Parties entered a Joint Status Report on June 26, 2026 to hold case deadlines in abeyance for fourteen days. *See* ECF No. 50.

Defendants have asked Plaintiffs for an additional two business days to obtain the internal approvals necessary to share with Plaintiffs Defendants' proposed framework for next steps in this case. To accommodate that desire, the parties request that the Court hold in abeyance the Court's deadline to submit a joint status report, which is presently set for July 10, 2026—for two business days, to July 14, 2026, at which point the parties will either submit another status report further

addressing the questions posed by the Court's June 16 Minute Order and any other relevant matters, or, if necessary, request another abeyance of case deadlines.

With regard to Defendants' deadline to respond to Plaintiffs' complaint, which is presently set for July 13, 2026—in the event the Parties cannot agree on another abeyance of case deadlines the Parties will present a proposed briefing schedule to the Court on July 14, 2026 with regard to the filing of a motion to dismiss or an answer.

Neither the parties nor the public will be prejudiced by a brief abeyance, as construction at the Kennedy Center will not take place before the Board votes on whether to close the Center (and such vote will not occur by July 14, 2026), and an abeyance will permit the parties to devote their full attention to the discussions in which they have been engaged.

Dated: July 9, 2026                                    Respectfully submitted,


 /s/ Gregory B. Craig                                  BRETT A. SHUMATE
Gregory B. Craig (164640)                              Assistant Attorney General, Civil Division
Rawda Fawaz (90015786)
FOLEY HOAG LLP                                         ERIC J. HAMILTON
1717 K Street N.W.                                     Deputy Assistant Attorney General
Washington, DC 20006
Tel: (202) 223-1200                                    DIANE KELLEHER
gcraig@foleyhoag.com                                   Branch Director

Thaddeus A. Heuer (*pro hac vice*)                     CHRISTOPHER M. LYNCH
Kevin Y. Chen (*pro hac vice*)                         Chief Litigation Counsel
Matthew F. Casassa (*pro hac vice*)
Marilyn Icsman (*pro hac vice*)                        /s/ Pierce J. Anon
FOLEY HOAG LLP                                         PIERCE J. ANON
155 Seaport Boulevard, Suite 1600                      N.Y. Bar No. 6184303
Boston, MA 02210                                       Trial Attorney
Tel: (617) 832-1000                                    U.S. Department of Justice
theuer@foleyhoag.com                                   Civil Division, Federal Programs Branch
kchen@foleyhoag.com                                    1100 L Street NW
mcasassa@foleyhoag.com                                 Washington, DC 20530
micsman@foleyhoag.com                                  (202) 305-7573

2

Pierce.Anon@usdoj.gov

*/s/ Gregory Alan Werkheiser*
Gregory Alan Werkheiser (VA210)
Marion Forsyth Werkheiser (486465)
Lydia Dexter (OR0032)
Jessie Barrington (VA224)
Caitlin McCurdy (NH0004)
Katherine Lee Sorrell (TX0109)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
katherine@culturalheritagepartners.com

*/s/ Abbe David Lowell*
Abbe David Lowell (358651)
Caleb Hayes-Deats (1643213)
Isabella M. Oishi (90018056)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
ioishi@lowellandassociates.com
areilly@lowellandassociates.com

Counsel for Defendants

Dated: June 26, 2026

3