**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

D.C. PRESERVATION LEAGUE, *et al.*,

     *Plaintiffs*,

     v.

BOARD OF TRUSTEES OF THE JOHN F.
KENNEDY CENTER FOR THE
PERFORMING ARTS, *et al.*,

     *Defendants*.

Civil Action No. 1:26-cv-00981 (CRC)

### <u>DECLARATION OF CHARLES MATTHEW ("MATT") FLOCA</u>

In accordance with the provisions of 28 U.S.C. § 1746, I, Charles Matthew Floca, state as follows, under penalty of perjury, pertinent to the above-styled and numbered case:

1. I currently serve as the Executive Director and Chief Operating Officer of the John F. Kennedy Center for the Performing Arts ("the Center"). In this capacity, I exercise operational authority over all institutional departments, managing a complex integration of both trust and federal functions, including all elements of the Center's physical footprint.

2. The matters set forth in this Declaration are true and correct from my own personal knowledge and from information made available to me in the course of my official duties.

3. Management is currently compiling materials for a Board meeting regarding programmatic, operational and construction options which will tentatively take place the first week of August 2026. Construction related options and updates to the Board will include variations of:

    a. A full closure of the Center to accelerate construction activities with no ongoing public programming.

    b. A partial closure of specific building spaces, enabling some continued public access and limited programming in unaffected spaces.

    c. A coordinated series of phased closures designed to address the most critical infrastructure needs while maintaining more onsite programming.

4.  Additional capital repair and construction activities have begun; those initial activities are scheduled to take place between July and December 2026. The exact timelines and scope are subject to adjustment pending the Board's determinations.

5.  Regarding the current scope and progress of ongoing facilities maintenance and capital improvement efforts, management is actively performing an analysis of the exterior soffits. In tandem with this review, initial activities are underway across the campus to address routine and preventative maintenance. These activities include localized painting, planned electrical shutdowns to facilitate critical equipment preventative maintenance, and comprehensive asset logging. Because the Board has not yet voted on the aforementioned full, partial, or phased closure proposals, these initial baseline operations remain dynamic and certain aspects of the forward-looking execution plans remain subject to modification.

6.  As stated in my live testimony before the Court on April 29, 2026, there are currently no plans under the proposals being prepared by management for presentation to the Board, where the Center will be demolished, a new building will be erected on the campus, or where the exterior architecture of the Center will be materially altered. Any future changes would follow the ordinary approval process, including Board approval.

Executed in Washington, DC, on Tuesday, July 14, 2026.


_____
Charles Matthew Floca