**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DC PRESERVATION LEAGUE**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BOARD OF TRUSTEES OF THE JOHN F. KENNEDY CENTER FOR THE PERFORMING ARTS**, *et al.*, <br><br> Defendants. | Case No. 26-cv-981 (CRC) |

### ORDER FOR INITIAL MEET-AND-CONFER CONFERENCE

The above-captioned case has been assigned to this Judge for resolution.  It is hereby

**ORDERED** that the parties meet and confer pursuant to Rule 16.3(a) of the Local Civil Rules and

Federal Rule of Civil Procedure 26(f)(1) to discuss the matters outlined in Local Civil Rule 16.3(c).

Pursuant to Local Civil Rule 16.3(d) and Federal Rule of Civil Procedure 26(f)(2), counsel shall

submit to the Court a joint Meet and Confer Report that, among other things: (1) outlines a detailed

discovery plan as described in Federal Rule of Civil Procedure 26(f)(3); (2) addresses all topics

listed in Local Civil Rule 16.3(c); and (3) sets forth a proposed scheduling order.  See LCvR

16.3(d).  Counsel are also directed to include in their Report a brief statement of the case and the

statutory basis for all causes of action and defenses.  The Meet and Confer Report shall be due by

**August 20, 2026**, unless extended by the Court for good cause.

In considering a discovery schedule under Local Civil Rule 16.3(c)(8), counsel should be

guided by the schedules contained in the Appendix to this Order.  Counsel are also reminded that

Federal Rule of Civil Procedure 26(f) requires discussion of issues related to the discovery of

electronically stored information, preservation of discoverable information, and assertions of

privilege or of protection of trial-preparation materials, including consideration of whether to seek

an order reflecting an agreement of the parties regarding the procedure for asserting such claims after production.  See Fed. R. Civ. P. 26(f)(3).

In weighing alternative dispute resolution as required by Local Civil Rule 16.3(c)(5), counsel are encouraged to consider mediation, arbitration, early neutral evaluation, and any other form of alternative dispute resolution that can be tailored to the needs of their case.

Parties are to communicate with the Court by motion, opposition, reply, or notice, not by letter.  This Court will grant continuances, extensions, or enlargements of time only upon the filing of a motion.  Motions for continuance of a court date must be filed at least three days prior to the hearing and must include at least three alternative dates that have been agreed to by the parties. Requests that do not include alternative dates acceptable to all parties will be denied.

On receiving the Meet and Confer Report, the Court shall set an Initial Scheduling Conference in due course and at least 21 days after the Report is filed, "unless it determines, on the basis of the [R]eport, that a conference is unnecessary."  LCvR 16.4(a).  Counsel who attend must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend the Initial Scheduling Conference and all subsequent proceedings.

Date:  <u>August 7, 2026</u>

_____
CHRISTOPHER R. COOPER
United States District Judge

APPENDIX I

Discovery Schedules

The following schedules are guidelines that are usually followed by the Court.  Variations may be appropriate in light of individual case differences.  All time frames are calculated from the date of the initial scheduling conference.

|  | Expedited Cases | Standard Cases | Complex Cases |
| --- | --- | --- | --- |
| Initial Disclosures | 14 days | 30 days | 60 days |
| Motion to Add Parties or Amend Pleadings | 14 days | 21 days | 60 days |
| Deadline for Post-R. 26(a) Discovery Requests | 30 days | 45 days | 90 days |
| Proponent's R. 26(a)(2) Statements | N/A | 60 days | 120 days |
| Opponent's R. 26(a)(2) Statements | N/A | 90 days | 150 days |
| All discovery closed | 60 days | 120 days | 180 days |
| Limits on number of interrogatories per party | 12 | 25 | 25 |
| Limits on number of depositions per side | 3 | 5 | 10 |