**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

   *Plaintiffs*,

 v.

BOARD OF TRUSTEES OF THE JOHN F.
KENNEDY CENTER FOR THE
PERFORMING ARTS, *et al.*,

   *Defendants*.

Civil Action No. 26-0981

**JOINT MOTION TO EXTEND DEADLINE TO FILE
MEET AND CONFER REPORT**

The parties hereby jointly move the Court to extend the deadline to file the joint Meet and

Confer Report to **ten days after the filing of the next joint status report required under the**

**Court's July 17, 2026 Minute Order**.

As grounds for this motion, the parties state the following:

1. On July 17, 2026, the Court ordered that the parties "file a joint status report within five

days of the Kennedy Center Board of Trustees' early August meeting, apprising the Court of

relevant developments and proposing next steps in light of the actions taken at that meeting."

July 17, 2026 Minute Order.

2. As the Court later recognized, "Defendants have since represented that the Kennedy

Center Board of Trustees will instead meet in the first half of August to decide on future

construction and operational plans for the Center." Minute Order, *Beatty v. Trump*, No. 25-4480

(July 28, 2026).

3. On August 7, 2026, the Court ordered "that the parties meet and confer pursuant to Rule

16.3(a) of the Local Civil Rules and Federal Rule of Civil Procedure 26(f)(1) to discuss the

1

matters outlined in Local Civil Rule 16.3(c)." ECF 58 at 1. The Court further ordered that the parties submit a joint Meet and Confer Report "by **August 20, 2026**, unless extended by the Court for good cause." *Id.*

4.    Good cause exists for a brief extension of that deadline. The Kennedy Center Board of Trustees meeting is scheduled to occur on August 13, 2026. Under the Court's July 17, 2026 Minute Order, the next joint status report will be due five days later, on August 18, 2026. The current deadline to file the Meet and Confer Report is just two days later, on August 20, 2026. A brief extension of that deadline would allow the parties sufficient time to assess the outcome of the Board of Trustees meeting, incorporate any relevant developments into the joint status report due August 18, 2026, and thereafter prepare a Meet and Confer Report that reflects the parties' positions in light of those developments.

WHEREFORE, the parties respectfully and jointly request that the Court extend the deadline to file the joint Meet and Confer Report to **ten days after the filing of the next joint status report required under the Court's July 17, 2026 Minute Order**.

Respectfully submitted,

/s/ *Gregory B. Craig*
Gregory B. Craig (164640)
Rawda Fawaz (90015786)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
Tel: (202) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer (*pro hac vice*)
Kevin Y. Chen (*pro hac vice*)
Matthew F. Casassa (*pro hac vice*)
Marilyn Icsman (*pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel: (617) 832-1000
theuer@foleyhoag.com
kchen@foleyhoag.com
mcasassa@foleyhoag.com
micsman@foleyhoag.com

/s/ *Gregory Alan Werkheiser*
Gregory Alan Werkheiser (VA210)
Marion Forsyth Werkheiser (486465)
Lydia Dexter (OR0032)
Jessie Barrington (VA224)
Caitlin McCurdy (NH0004)
Katherine Lee Sorrell (TX0109)
CULTURAL HERITAGE PARTNERS, PLLC
1717 Pennsylvania Avenue NW, Suite 1025
Washington, DC 20006
Tel: (202) 567-7594
greg@culturalheritagepartners.com
marion@culturalheritagepartners.com
lydia@culturalheritagepartners.com
jessie@culturalheritagepartners.com
caitlin@culturalheritagepartners.com
katherine@culturalheritagepartners.com

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

DIANE KELLEHER
Branch Director

CHRISTOPHER M. LYNCH
Chief Litigation Counsel

/s/ *Pierce J. Anon*
PIERCE J. ANON
N.Y. Bar No. 6184303
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 305-7573
Pierce.Anon@usdoj.gov

Counsel for Defendants

3

*/s/ Abbe David Lowell*
Abbe David Lowell (358651)
Caleb Hayes-Deats (1643213)
Isabella M. Oishi (90018056)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
ioishi@lowellandassociates.com
areilly@lowellandassociates.com

Dated: August 12, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 12, 2026, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent via first class mail to those indicated as nonregistered participants.

<u>*/s/ Gregory B. Craig*</u>

5